**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **U.S. Auto Sales, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  US Auto Sales** <br> **US Auto** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **58-2012294** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**1855 Satellite Blvd, Suite 100**
**Duluth, GA 30097**
Number, Street, City, State & ZIP Code

**Gwinnett**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **U.S. Auto Sales, Inc.**
_____    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   4412

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor    **U.S. Auto Sales, Inc.**                                                  Case number (*if known*) _____
              Name

**10.  Are any bankruptcy cases**
       **pending or being filed by a**         ☐ No
       **business partner or an**              ☒ Yes.
       **affiliate of the debtor?**

List all cases. If more than 1,        Debtor    **See Attachment A**                    Relationship  _____
attach a separate list

                                       District  _____    When  _____    Case number, if known  _____

**11.  Why is the case filed in**      *Check all that apply:*
       *this district?*
                                       ☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                           preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                       ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**        ☒ No
       **have possession of any**       ☐ Yes.
       **real property or personal**              Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**
                                                  **Why does the property need immediate attention?** (*Check all that apply.*)

                                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                     What is the hazard?  _____

                                                  ☐ It needs to be physically secured or protected from the weather.

                                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                                  ☐ Other
                                                  **Where is the property?**  _____
                                                                              Number, Street, City, State & ZIP Code

                                                  **Is the property insured?**
                                                  ☐ No
                                                  ☐ Yes.    Insurance agency  _____
                                                            Contact name     _____
                                                            Phone            _____

████  **Statistical and administrative information**

**13.  Debtor's estimation of**   .    *Check one:*
       **available funds**
                                       ☐ Funds will be available for distribution to unsecured creditors.

                                       ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**      ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
       **creditors**              ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                  ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                  ☒ 200-999

**15.  Estimated Assets**         ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☒ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor   **U.S. Auto Sales, Inc.**                                                        Case number (*if known*) _____
         Name

**16.   Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | U.S. Auto Sales, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on    **August 25, 2023**
MM / DD / YYYY

**X /s/ Mark Houston**                                        **Mark Houston**
Signature of authorized representative of debtor            Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X /s/ G. David Dean**                          Date **August 25, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**G. David Dean**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue**
**Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-652-3131**        Email address    **ddean@coleschotz.com**

**Bar No. 6403 DE**
Bar number and State

**ATTACHMENT A**

**SCHEDULE OF DEBTORS**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed in this Court a petition for relief under chapter 7 of title 11 of the United States Code.

| | Debtors | Federal Employer Identification Number |
|---|---|---|
| 1. | U.S. Auto Sales, Inc. | 58-2012294 |
| 2. | U.S. Auto Finance, Inc. | 58-2059544 |
| 3. | U.S. Auto Receivables Financing, LLC | 84-3482297 |
| 4. | USASF LLC | 30-0868885 |
| 5. | USASF National Corp. | 47-3814652 |
| 6. | USASF Servicing LLC | 47-5615315 |

## U.S. AUTO SALES, INC.

## (Chapter 7 Bankruptcy Petition)

---

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

---

The undersigned, being all of the members of the Board of Directors of U.S. Auto Sales, Inc. (the "Company"), do hereby consent to and adopt the following resolutions as of the 6th day of June, 2023:

**WHEREAS,** in light of the Company's current financial condition, the Board of Directors has investigated, discussed and considered all options for addressing the Company's financial challenges and, after consultation with the Company's advisors, has concluded that it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); now therefore be it

**RESOLVED,** that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code; and it is further

**RESOLVED,** that Mark Houston, in his capacity as Chief Restructuring Officer of the Company, is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as said officer executing the same shall determine; and it is further

**RESOLVED,** that the law firm of Cole Schotz P.C. is hereby employed as attorneys for the Company in the Chapter 7 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED,** that the Company is hereby authorized to employ and engage such other legal, accounting, financial and restructuring firms as it deems necessary, proper or desirable in connection with the successful prosecution of the Chapter 7 case; and it is further

**RESOLVED,** that each officer of the Company, including the Chief Restructuring Officer, is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds they deem necessary, proper or desirable in connection with the successful prosecution of the Chapter 7 case; and it is further

**RESOLVED,** that each officer of the Company, including the Chief Restructuring Officer, is hereby authorized, empowered and directed, in the name and on behalf of the

Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, including without limitation, the amendment of any organizational, constitutional or similar documents of subsidiaries of the Company for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of such officer shall be or become necessary, proper and desirable to effectuate an orderly liquidation of the Company's assets; and it is further

**RESOLVED,** that the filing by the Company of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Company; and it is further

**RESOLVED,** that any and all past actions heretofore taken by any officer or director of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED,** that this Written Consent shall serve in lieu of a special meeting of the Board of Directors of the Company and the undersigned hereby waives all requirements as to notice of a meeting; and it is further

**RESOLVED,** that this Written Consent may be executed in one or more counterparts, each of which shall be deemed an original, and all of which, taken together, shall constitute one and the same consent. Facsimile or electronic signatures or signatures via DocuSign shall be sufficient for the execution of this Written Consent.

[The remainder of this page is intentionally left blank.]

**IN WITNESS WHEREOF,** this Certificate of Written Consent of the Board of Directors of U.S. Auto Sales, Inc. is executed and delivered as of the date first above written.

**BOARD OF DIRECTORS:**

_____
Robert Andersen

_____
Christian Rudolph

# United States Bankruptcy Court
## District of Delaware

In re   **U.S. Auto Sales, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **U.S. Auto Sales, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**USASF National Corp.**
**c/o The Corporation Trust Company**
**1209 Orange Street**
**Wilmington, DE 19801**

☐ None [*Check if applicable*]

**August 25, 2023** _____    **/s/ G. David Dean** _____

Date    **G. David Dean**

Signature of Attorney or Litigant

Counsel for   **U.S. Auto Sales, Inc.**

**Cole Schotz P.C.**

**500 Delaware Avenue**
**Suite 1410**
**Wilmington, DE 19801**
**302-652-3131 Fax:302-652-3117**
**ddean@coleschotz.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re   **USASF LLC, U.S. Auto Sales, Inc., USASF National Corp., USASF**      Case No. _____
**Servicing LLC, U.S. Auto Finance, Inc., U.S. Auto**   Debtor(s)   Chapter   **7**
**Receivables Financing, LLC**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 360,552.84 |
| Prior to the filing of this statement I have received | $ | 360,552.84 |
| Balance Due | $ | 0.00 |

2.   $ **2,028.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  [Other provisions as needed]
   **The above-disclosed fees relate solely to pre-petition fees and expenses.  For post-petition fees and expenses to
   be incurred, Cole Schotz has agreed to represent the Debtors through the conclusion of the 341 meetings, at its
   customary rates, and separately bill those amounts to the Debtors post-petition and apply those amounts to its
   remaining retainer.  Cole Schotz's post-petition engagement excludes any adversary proceedings or other
   litigation that may be filed in the Chapter 7 cases.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor after the conclusion of the meeting of creditors under section 341 of the Bankruptcy
   Code.**
   **Representation of the debtor in any adversary proceeding or other contested bankruptcy matter.**
   **The above amount includes all pre-petition fees and expenses (including the filing fees for these cases) of Cole
   Schotz on behalf of the Debtor and its affiliates.  It does not include any post-petition fees and expenses, which
   will be separately billed and secured by the remaining portion of Cole Schotz's retainer, which totals $14,447.16
   as of the Petition Date.**

In re    **USASF LLC, U.S. Auto Sales, Inc., USASF National Corp., USASF**    Case No. _____
      **Servicing LLC, U.S. Auto Finance, Inc., U.S. Auto**
      **Receivables Financing, LLC**    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **August 25, 2023** | **/s/ G. David Dean** |
|---|---|
| *Date* | **G. David Dean** |
| | *Signature of Attorney* |
| | **Cole Schotz P.C.** |
| | **500 Delaware Avenue** |
| | **Suite 1410** |
| | **Wilmington, DE 19801** |
| | **302-652-3131  Fax: 302-652-3117** |
| | **ddean@coleschotz.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### District of Delaware

In re    **U.S. Auto Sales, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 25, 2023**                    **/s/ Mark Houston**

**Mark Houston**/**Chief Restructuring Officer**
Signer/Title

1423 Ashville LLC
c/o Alan Osheff
332 Chipili Drive
Northbrook, IL 60062

1Path Managed Services, LLC
170 Chastain Meadows Ct.
Kennesaw, GA 30144

3122 West Tennessee Street, LLC
4708 Capital Circle NW
Tallahassee, FL 32303

3122 West Tennessee Street, LLC
c/o Joshua. W. Walters, Esq.
Manausa, Shaw, &minacci, P.A.
1701 Hermitate Blvd, Suite 100
Tallahassee, FL 32308

8 6002 Lee, LLC
2288 Gunbarrel Rd, Ste 135
Chattanooga, TN 37421

8 6002 Lee, LLC
c/o Peter C. Ensign, Esq.
61111 Shallowford Rd, Suite 105C
Chattanooga, TN 37421

AAAG Holdings Inc.
4700 Groveport Rd
Columbus, OH 43207

ABC Detailers & Lot Wash Services LLC
13 Executive Circle
Savannah, GA 31406

ACC Business
P.O. Box 5077
Carol Stream, IL 60197-5007

ActivEngage
2701 Maitland Center Parkway
Suite 300
Maitland, FL 32751

Adam Breen
931 Deer Spring Dr.
Jacksonville, FL 32221

ADESA ATLANTA
5055 Oakley Industrial Blvd
Fairburn, GA 30213

ADESA BIRMINGHAM
804 Sollie Drive
PO Box 130
Moody, AL 35004

Adesa Lexington
672 Blue Sky Pkwy
Lexington, KY 40509

Adesa Of Knoxville
1011 Adesa Parkway
Lenoir City, TN 37771

ADESA Raleigh
30 Sadisco Rd
Clayton, NC 27520

Adesa Sarasota
6005 24th Street East
Bradenton, FL 34203

Adesa Tampa
3225 N 50th Street
Tampa, FL 33619

Adesa, Inc.
PO BOX 359
Dimondale, MI 48821

AIRGAS USA, LLC
PO Box 734672
Dallas, TX 75373-4672

ALABAMA DEPARTMENT OF REVENUE
P.O. Box 327680
Montgomery, AL 36132

ALABAMA DEPARTMENT OF REVENUE
P.O. Box 327680
Montgomery, AL 36132

Allied Solutions LLC
350 Veterans Way Ste 200
Carmel, IN 46032

Ally Financial Inc.
1735 N Brown Rd
Suite 500
Lawrenceville, GA 30043

America's Auto Auction Atlanta
444 Joe Frank Harris Pkwy
Cartersville, GA 30120

AMERICA'S AUTO AUCTION GREENVILLE
2415 Hwy 101 South
Greer, SC 29651

American Business Forms
8479 Solutions Center
Chicago, IL 60677-8004

Arrow Exterminators
8613 Roswell Rd
Bldg 4
Atlanta, GA 30350

ATHENS-CLARKE CO WATER BUSINESS OFFICE
PO BOX 16869
Atlanta, GA 30321-0869

Atmos Energy Corporation
PO Box 740353
Cincinnati, OH 45274-0353

ATSG, Inc. (Allied Solutions LLC)
6111 W Plano Parkway Suite 2500
Plano, TX 75093

ATSG, Inc. (dinCloud)
507 North State Road
Briarcliff Manor, NY 10510

AuctionAccess, LLC
2200 Woodcrest Place Suite 200
Birmingham, AL 35209

AutoZone Stores LLC
P.O. Box 10
Atlanta, GA 30368

BacklotCars, Inc.
1100 Main St
Suite 1500
Kansas City, MO 64105

Balloon Promotions
200 Fairfield Rd, Suite 21
Fairfield, NJ 07004

Black Book
P.O. Box 404040
Atlanta, GA 30384-4040

BLACKFIN SQUARE
2300 Holcomb Bridge Rd
Suite 103-134
Roswell, GA 30076

Bodyline Motor
775 Jersey Rd
Winter Haven, FL 33881

Brian Christopher Lyons
500 Angus Blvd
Byron, GA 31008

Bright House Networks
PO Box 7195
Pasadena, CA 91109

BrightRidge
2600 Boones Creek Rd
Johnson City, TN 37615

Caliber Electric LLC
25 Hawk Ridge
Jasper, GA 30143

Camden Landscaping Group, Inc.
PO BOX 38044
Greensboro, NC 27438-8044

Capital Automotive L.P (MMR Holdings LLC
c/o Stephanie M. Rochel, SVP & Secretary
8484 Westpark Drive, Suite 200
Mc Lean, VA 22102

Cardinal Landscaping, Inc.
PO Box 26210
Fayetteville, NC 28314

CATOOSA COUNTY TAX COMMISSIONER
796 LAFAYETTE STREET
Ringgold, GA 30736

Cavalaris Realty Company
c/o John H. Capitano, Esq.
Kirk Palmer & Thigpen, P.A.
1300 Baxter Street, Suite 300
Charlotte, NC 28204

Ceridian HCM Inc
3311 East Old Shakopee Rd
Minneapolis, MN 55425

Ceridian HCM, Inc & Ceridian Dayforce
Licensing LLC, c/o Toni Rossi, Rep.
3311 East Old Shakopee Road
Minneapolis, MN 55425-1640

CHARLESTON WATER SYSTEM UTILITY BILL
PO Box 568
Charleston, SC 29402-0568

Chattanooga Gas
PO Box 5408
Carol Stream, IL 60197-5408

Christopher Mustain
8702 Miles Johnson Rd
Tallahassee, FL 32308

Cigna Health and Life Insurance Co.
PO Box 644546
Pittsburgh, PA 15264

Cigna Healthcare

CINTAS CORPORATION
PO Box 630910
Cincinnati, OH 45263-0910

CITY OF ATLANTA (Watershed Management)
PO BOX 105275
Atlanta, GA 30348

CITY OF CHARLOTTE UTILITY
P.O.Box 1316
Charlotte, NC 28201-1316

City of Chattanooga
PO Box 591
Chattanooga, TN 37401

City of Clearwater
PO Box 30020
Tampa, FL 33630

City of Covington
PO Box 1527
Covington, GA 30015

CITY OF FLORENCE
PO Box 63010
Charlotte, NC 28263

City of Greensboro North Carolina
PO Box 1170
Greensboro, NC 27402

CITY OF LAWRENCEVILLE UTILITY BILL
PO Box 2200
Lawrenceville, GA 30046

City of Ocala
201 SE 3rd St
Ocala, FL 34471-2174

City of Tallahassee
435 N Macomb St Relay Box
Tallahassee, FL 32301

City of Tampa Utilities
PO Box 30191
Tampa, FL 33630

CLAYTON COUNTY WATER AUTHORITY
PO BOX 117195
Atlanta, GA 30268-7195

COLLETTRE PROPERTY MANAGEMENT
1111 Metropolitan Ave, Ste 700
Charlotte, NC 28204

COLUMBIA COUNTY WATER UTILITY BILL
PO Box 960
Grovetown, GA 30813

Columbia Fire & Safety, Inc.
700 Meeting Street
West Columbia, SC 29169

COLUMBUS WATER WORKS UTILITY BILL
1421 Veterans Pkwy
PO Box 1600
Columbus, GA 31902-1600

Comcast
PO Box 71211
Charlotte, NC 28272-1211

Courtesy Emissions
3154 Lawrenceville-Suwanee Rd
Suite 104
Suwanee, GA 30024

COX BUSINESS
PO Box 919367
Dallas, TX 75391-9367

COX RADIO, INC.
223 Perimeter Center Pkwy NE
Atlanta, GA 30346

Crystal Springs
PO Box 665079
Dallas, TX 75266-0579

CVS Pharmacy, Inc. dba Caremark, L.L.C.
One CVS Drive
Woonsocket, RI 02895

Daryl E. Lewis Jr.
905 Coolwood Pl
Brandon, FL 33511

Dealer Owned Warranty Company
14 Countryside Lane
Ringwood, NJ 07456

Dealer Socket, Inc.
1500 Solana Blvd
Building 6, Suite 6300
Westlake, TX 76262

Dealers Aa Of East Tennessee
207 Princeton Rd
Johnson City, TN 37601

Dealers Auto Auction   Of Jackson
1657 Old Whitfield Rd
Pearl, MS 39208

Dealers Auto Auction of Murfreesboro, LL
5000 Meridian Blvd
Suite 700
Franklin, TN 37067

DEALERSOCKET DEALER SOCKET
PO Box 843876
Los Angeles, CA 90084-3876

Decision Dynamics, Inc.
PO Box 2078
Lexington, SC 29071

DEDRICK LAMON PULCE
2304 Bottega Lane
Apt 303
Brandon, FL 33511

DEKALB COUNTY WATER & SEWER
PO Box 71224
Charlotte, NC 28272-1224

Delaertrack Inc
PO Box 101674
Pasadena, CA 91189-1674

DEMARCUS CAMPBELL
7092 SHORE ROAD
Lithonia, GA 30058

Dent Wizard International Corp
4710 Earth City Expressway
Bridgeton, MO 63044

DEPENDABLE WINDOW CLEANING
1165 Easy St
Suwanee, GA 30024

dinCloud, LLC
Oak Tree Centre
1990 Madison Street, Suite 105
Clarksville, TN 37043

DIXIE LAWN & LANDSCAPING INC.
3810 Roddy Hwy
Cochran, GA 31014

Diz, LLC d/b/a Dismuke Transport
c/o Andrew Dismuke
1301 N Slappey Blvd STE A
Albany, GA 31701-1440

Diz, LLC d/b/a Dismuke Transport, c/o
Thompson, O'Brien, Kappler, Nasuite P.C.
2 Sun Court, Suite 400
Peachtreee Corners, GA 30092

Diz. LLC
1301 N Slappey Blvd suite A
Albany, GA 31701

Dominion Energy
PO Box 100255
Columbia, SC 29202-3255

DTA CONSTRUCTION SERVICES, INC.
55 E Davis Bridge Rd
Villa Rica, GA 30180

DUKE ENERGY
PO Box 1094
Charlotte, NC 28201

Duke Energy
PO Box 1003
Charlotte, NC 28201

Duke Energy
PO Box 1004
Charlotte, NC 28201-1004

Dunlap & Kyle Tire Co. Inc
DBA Gateway Tire
530 Myatt Drive
Madison, TN 37115

Ecotrak, LLC
18004 Sky Park Circle, #100
Irvine, CA 92614

Edward Salas dba Florida Fleet Wash, Inc
8007 1/2 Newport Ave
Tampa, FL 33604

Effectual Enterprises
DBA AAMCO TRANSMISSIONS
100 Rainbow Way
Fayetteville, GA 30214

El Dorado Acquisitions, LLC
2100 Atlanta Hwy
Building A
Gainesville, GA 30504

EPB
Attn: Remittance Processing
PO Box 182254
Chattanooga, TN 37422

EPB Fiber Optics
PO Box 182251
Chattanooga, TN 37422

Evo Door and Window LLC
6250 Military Trail, Suite 204
West Palm Beach, FL 33407

EYE MED FIDELITY SECURITY LIFE
INSURANCE CO.
PO BOX 632530
Cincinnati, OH 45263-2530

Fayetteville Public Works Commission
PO Box 7000
Fayetteville, NC 28302

FEDERATED INSURANCE
121 East Park Square
Owatonna, MN 55060

FISH WINDOW CLEANING
1711 DEAN FOREST ROAD, SUITE G
Savannah, GA 31408-9561

Florida Auto Auction Properties LLC
2800 N US 17 92
Longwood, FL 32750

FLORIDA DEPARTMENT OF REVENUE
5050 W Tennessee Street
Tallahassee, FL 32399-0135

FORMETCO
Lockbox/Department #999075
PO Box 530074
Atlanta, GA 30353-0074

Friendship Enterprises LLC
c/o Alan Osheff
332 Chipili Drive
Northbrook, IL 60062

FUZE, INC. FKA THINKING PHONE NETWORKS,
PO Box 347284
Pittsburgh, PA 15251-4284

Gainesville Masters, LLC   (Parking)
6252 Memorial Drive
Stone Mountain, GA 30084

GAINESVILLE NET LEASE, LLC
Attn: Timothy Crowley
9645 Clayton Rd, 2nd Floor
Saint Louis, MO 63124

GAINESVILLE NET LEASE, LLC
c/o Dough Hickel, Esq.
Summers Compton Wells
903 S Lindbergh Blvd., Suite 200
Saint Louis, MO 63131

Gainesville Regional Utilities
PO BOX 147051
Station A117
Gainesville, FL 32614

Gallagher Promotional Products
655 Florida Central Parkway
Longwood, FL 32750

GEORGIA POWER COMPANY
96 Annex
Atlanta, GA 30396

GEORGIA SECURITY SYSTEMS, INC.
73 Lawrenceville Street
McDonough, GA 30253

Georgia-Carolina Auto Auction
884 East Ridgeway Road
Commerce, GA 30529

GFL Environment
PO BOX 4524
Houston, TX 77210-4524

Gfl Environmental
 (Formally Waste Industries)
PO BOX 791519
Baltimore, MD 21279-1519

GORDON HOWARD ASSOCIATES DBA PASSTIME
Lockbox 446082
PO Box 64013
Saint Paul, MN 55164-0013

GRANITE TELECOMMUNICATIONS
PO Box 983119
Boston, MA 02298-3119

Grant Thornton LLP
33562 Treasury Center
Chicago, IL 60694-3500

Grazz Masters LLC
2900 Kirby Road
Suite 7
Memphis, TN 38119

GREAT AMERICA FINANCIAL SERVICES CORP
PO BOX 660831
Dallas, TX 75266-0831

GREENVILLE WATER UTILITY
PO Box 687
Greenville, SC 29602-0687

GRM
c/o Mathew Diaz, Gen. & Operations Mgr
850 Maxham Rd, Suite 1000
Lithia Springs, GA 30122

GWINNETT COUNTY DEPT OF WATER RESOURCES
PO Box 71225
Charlotte, NC 28272-1225

Herbie's Quality Landscaping
159 Willowood Dr
Spartanburg, SC 29303

Hireright GIS Intermediate Corp., Inc.
PO Box 847891
Dallas, TX 75284-7891

HOMENET - DE Inc.
PO BOX 935242
Atlanta, GA 31193-5242

Horizon Electronics Loss Prevention, Inc
7925 Evies Way
Port Richey, FL 34668

Huntsville Utilities (Bill)
112 Spragins St NW
Huntsville, AL 35895

Ideal Georgia Auto Holding LLC
1931 Cordova Rd, #220
Attn: J. Bruce Forbes
Fort Lauderdale, FL 33316

IHEART MEDIA
PO Box 406372
Atlanta, GA 30384-6372

INMAN S FRYE
67 A Born Street
Lawrenceville, GA 30046

Intralinks, Inc
PO Box 392134
Pittsburgh, PA 15251

J.R. Fallaw Mechanical Services LLC
PO Box 337
Gilbert, SC 29054

JACK M KITE CO, INC.
261 South Acres Dr
Bristol, TN 37620

JACKSON EMC UTILITY BILL
PO Box 166023
Altamonte Springs, FL 32716-6023

JACKSON EMC UTILITY BILL
PO Box 100
Jefferson, GA 30549-0100

Jackson Lewis P.C.
P.O. Box 416019
Boston, MA 02241-6019

Jacksonville Sheriff's Office False
Alarm Reduction Program
P.O. Box 141925
Irving, TX 75014

JANI-KING OF GREENVILLE/SPARTANBURG
498A Garlington Rd
Greenville, SC 29615

JANI-KING OF SAVANNAH
3665 Wheeler Rd
Suite 1A
Augusta, GA 30909

JEA UTILITY BILLS
PO Box 45047
Jacksonville, FL 32232-5047

JJ's Waste & Recycling LLC
3905 El Rey Rd
Orlando, FL 32808

Juan Manzanares
PO BOX 2721
Decatur, AL 35602

Julia D Schriver, Trustee
6905 Sherwood Dr.
Knoxville, TN 37919

Julia D Schriver, Trustee
c/o Luke D. Durham, Esq.
Brock, Shipe, Klenk
265 Brookview Centre Way, Suite 604
Knoxville, TN 37919

KIA MOTOR FINANCE
BOX 650805
1501 NORTH PLANO RD
Richardson, TX 75081

KIHLA JADE HOLLOWAY
8570 IRIS AVENUE N
Seminole, FL 33777

Kipp and Paula Parker
19173 Rd 193
Limon, CO 80828

Krystal Graves
10 Peggy Sue Court
Greensboro, NC 27407

KUB
PO Box 59029
Knoxville, TN 37950

Larry Pearson (Centerville Rent)
818 Barefoot Cove Circle
West Union, SC 29696

Lawrence Glass Co Inc.
2450 Rideout Ln
Murfreesboro, TN 37128

Letitia Murphy
126 Acme Street
Jacksonville, FL 32211

LEXISNEXIS RELX INC.
PO Box 733106
Dallas, TX 75373-3106

Life Insurance Company of North America
401 Market St
Lockbox 2447
Philadelphia, PA 19106

Lightico Inc
140 Broadway Ave
Floor 46
New York, NY 10005

Lockton Companies
3280 Peachtree Road NE
Suite 250
Atlanta, GA 30305

Longleaf Realty Trust, Llc
PO Box 110
Madison, GA 30650

LTR Inermediate Holdings, Inc.
dba Liberty Tire Recycling, LLC
PO Box 645375
Pittsburgh, PA 15264-5375

M&A Ventures LLC
3 West Paces Ferry Rd NW, Suite 200
Atlanta, GA 30305

MACON WATER AUTHORITY UTILITY BILL
PO BOX 108
Macon, GA 31202-0108

MADISON-FAIRGROUND, LLC
P.O. Box 882
Madison, GA 30650

Managemowed
3200 Selwyn Ave
Charlotte, NC 28209

Manhattan Telecommunications Corporation
PO Box 9660
Manchester, NH 03108-9660

MARIETTA POWER WATER UTILITY BILL
PO Box 609
Marietta, GA 30061-0609

Marpan Supply Company, Inc.
PO Box 2068
Tallahassee, FL 32316

MCC Telephony of Georgia LLC
PO Box 71222
Charlotte, NC 28272-1222

Memphis Light Gas and Water Division
PO Box 388
Memphis, TN 38145-0388

MenuSys
PO Box 2215
Eau Claire, WI 54702

Meridian Waste
PO Box 580231
Charlotte, NC 28258-0231

Meta Platforms, Inc.
1601 Willow Rd
Menlo Park, CA 94025

Metro Mechanical Services, Inc.
851 North Pine Hill Road
Birmingham, AL 35217

Metro Water Services
PO Box 305225
Nashville, TN 37230-5225

MidCap Financial Trust
7255 Woodmont Avenue
Suite 300
Bethesda, MD 20814

Mitchell Mechanical Heating &
Air Cond Inc.
1398 Duncan Lane
Auburn, GA 30011

Mitchell Repair Information Company, LLC
25029 Network Place
Chicago, IL 60673-1250

Nashville Electric Company
PO Box 305099
Nashville, TN 37230-5099

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640

OATA Clerking
8421 S. John Young Pkwy., Suite 150
Orlando, FL 32819

OCCUPATIONAL HEALTH CENTERS OF GA, PC
P.O. Box 82730
Hapeville, GA 30354-0730

ONEPATH
170 Chastain Meadows Ct.
Kennesaw, GA 30144

Onepath Systems, LLC db/a/ Onepath
170 Chastain Meadows Court
Kennesaw, GA 30144

Orange Auto Tag Agency
8421 S John Young Pkwy, Suite 150
Orlando, FL 32819

Orlando Utilities Commission
PO Box 31329
Tampa, FL 33631-3329

OSEAS . SANTIAGO JR.
526 EMERALD ROAD
Ocala, FL 34472

Otis Elevator Company
PO Box 730400
Dallas, TX 75373-0400

Palmer Hall dba Urban Detailing LLC
2331 NE 17th Pl
Unit 101
Ocala, FL 34470

Panevas LLC
c/o Michael Kastrenakes
Pinellas Park, FL 33781

Peach State Roofing
1655-A Spectrum Drive
Lawrenceville, GA 30043

Pep Boys
P.O. Box 8500-50445
Philadelphia, PA 19178-0445

Percival Lane
4904 Holmes Ave
Columbia, SC 29203

Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201

PODIUM CORPORATION, INC. SUBSCRIPTION
PO Box 880321
Phoenix, AZ 85038-9650

Pugh Lubricants, LLC
dba Cadence Petroleum Group
PO Box 601872
Charlotte, NC 28260

Purchase Power
PO BOX 981026
Boston, MA 02298-1026

Purple Communications, Inc.
13620 N FM 620, Bldg C, Ste 100
Austin, TX 78717

Reliable Solutions, LLC
dba  Rivergate Muffler & Auto Repair
159 Gleaves St
Madison, TN 37115

REPUBLIC SERVICES
PO Box 9001099
Louisville, KY 40290-1099

Robert L. Gilstrap
PO Box 48614
Tampa, FL 33646

Rocks On Properties, LLC
c/o Gilbert Rockson
Greensboro, NC 27404

Rocks On Properties, LLC
c/o Jennifer N. Fountain, Esq.
Isaacson Sheridian
804 Greenv Valley Rd, Suite 200
Greensboro, NC 27408

Rogelio C. Salazar
3925 Waldrip Dr
Gainesville, GA 30504

RONNIE RONNAZES NELSON
515 Hanover Drive
Waycross, GA 31501

RSM Maintenance LLC
461 From Rd
Paramus, NJ 07652

RSM US, LLP
5155 Paysphere Circle
Chicago, IL 60674-0051

Sandy Euclid (Lithia Parking Lease)
205 Thornton Rd
Lithia Springs, GA 30122

SCANA ENERGY UTILITY BILL
PO Box 100157
Columbia, SC 29202-3157

SEASIDE ELITE GROUP LLC
2220 COUNTY ROAD 210 W #108 230
Saint Johns, FL 32259

Select Door Service LLC
1040 Commerce CT
Suite 3
Bogart, GA 30622

Sheer Service, LLC
6250 N. MILITARY TL.
SUITE 204 WEST
West Palm Beach, FL 33407

SHELBY COUNTY CLERK
150 Washington Avenue
Memphis, TN 38103

Smith Driven Enterprises & Services Inc.
3961 Mooty Bridge Rd
Lagrange, GA 30240

SNAP TIRE, INC.
1145 Battlecreek Rd.
Jonesboro, GA 30236

SOUTH CAROLINA DEPARTMENT OF REVENUE
(CORP TAX)
PO Box 2535
Columbia, SC 29202-2535

SOUTH CAROLINA DEPT. OF MOTOR VEHICHLES
PO Box 1498
Blythewood, SC 29016

Southeast Sales & Service LLC
112 Midtown Ct
Suite 303
Hendersonville, TN 37075

SOUTHEAST TOYOTA FINANCE
PO BOX 8500
Philadelphia, PA 19178

Spartanburg Water
PO Box 251
Spartanburg, SC 29304-0251

Spectrum Business
PO Box 94188
Palatine, IL 60094-4188

Spectrum Business
PO Box 4617
Carol Stream, IL 60197

Squeegee Pros, Inc.
PO Box 5384
Mooresville, NC 28117

Standard Office Systems
2475 Meadowbrook Pkwy
Duluth, GA 30096

Standard Office Systems
Randall D Armentrout & Leslie C. Behaune
Nyemaster Goode, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309

STAPLES Inc.
PO Box 405386
Atlanta, GA 30384

State of Florida
General Tax Admin. – Atlanta Service Ctr
180 Interstate North Parkway SE Ste 450
Atlanta, GA 33039

State of Tennessee
220 French Landing Drive
2nd Floor
Nashville, TN 37243

Sugarloaf LLC
3080 Windward Plaza, Ste F320
Alpharetta, GA 30005

SURE-TRAC, LLC
2450 Atlanta Hwy, #203
Cumming, GA 30040

TAG Resources, LLC
6501 Deane Hill Dr
Knoxville, TN 37919

Tajalli & Tajalli
13867 NW 30th Road
Gainesville, FL 32606

Team Auto Investment Group, LLC
7300 Winchester Rd
Memphis, TN 38125

Team Auto Investment Group, LLC
c/o Mark J. Grai, Esq.
The Winchester Law Firm
6060 Poplar Avenue, Suite 295
Memphis, TN 38119

TECO - Tampa Electric
PO Box 31318
Tampa, FL 33631

Teen Challenge of Florida, Inc.
d/b/a Challenge Car Care - Chamois
4141 Apalachee Parkway
Tallahassee, FL 32311

TEK MATERIAL & SUPPLY
1000 Hurricane Shoals Rd NE
BLDG C290
Lawrenceville, GA 30043

Tennessee American Water
PO Box 6029
Carol Stream, IL 60197

Tennessee Department of Revenue
PO Box 190615
Nashville, TN 37219

The Madison Suburban Utility District
PO Box 306140
Nashville, TN 37230-6140

THE MIGHTY MUFFLER INC.
687 E Crogan St
Lawrenceville, GA 30046

The Reynolds & Reynolds Company
PO Box 182206
Columbus, OH 43218-2206

THG Management Solutions LLC
2095 Hwy 211 NW
Suite 2-F # 126
Braselton, GA 30517

Timothy Edward Stone dba Rustic Ridge
Landscaping
255 S Perkins Bridge Rd
Johnson City, TN 37615

Tony Osterman
129 Bromwich Dr
Goose Creek, SC 29445

Troy Allred
5614 Hwy 138 SW
Oxford, GA 30054

TWC Services, Inc.
PO Box 1612
Des Moines, IA 50306

U.S. Auto Finance, Inc.
P.O. Box 1203
Lawrenceville, GA 30046

USASF Holdco LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

USASF LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

USASF LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

USASF National Corp.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

USASF Servicing LLC
1855 Satellite Blvd.
Suite 100
Duluth, GA 30097

USASF, LLC 401(k) Plan
c/o TAG Resources, LLC
6501 Deane Hill Drive
Knoxville, TN 37919

VAUTO INC.
PO Box 935202
Atlanta, GA 31193-5202

Vena Solutions

Victor Marin
P.O Box 3073
Florence, SC 29501

Visual Vault LLC
215 Coles Street
Jersey City, NJ 07310

VSC Fire & Security, Inc.
10343-B Kings Acres Road
Ashland, VA 23005

VSE of Georgia, Inc.
2107 N. Decatur Rd., #518
Decatur, GA 30033

WALTON EMC UTILITY
PO Box 1347
Monroe, GA 30655-1347

Waste Connections of North Carolina, Inc
PO Box 535233
Pittsburgh, PA 15253

Waste Connections of Tennessee
PO Box 535233
Pittsburgh, PA 15253-5233

WASTE MANAGEMENT
PO Box 4648
Carol Stream, IL 60197-4648

Waste Management (Boston)
PO BOX 55558
Boston, MA 02205-5558

WASTE PRO- ATLANTA
PO BOX 865245
Orlando, FL 32886

WASTE PRO-JACKSONVILLE
PO BOX 865200
Orlando, FL 32886-5200

WELLS FARGO BANK
500 Palmer Street
Delta, CO 81416

WoltersKluwer
c/o Barb Kinzer
250 West Pratt Street, Suite 1400
Baltimore, MD 21201

WordStream Inc.
101 Huntington Ave
Suite 7000
Boston, MA 02199

WOW Business Services LLC
7887 East Belleview Ave
Suite 1000
Englewood, CO 80111

WWEX INVESTMENT HOLDINGS, LLC
2323 VICTORY AVENUE
Dallas, TX 75219

www.Trustscience.com USA INC
3400 Timmons Lane, Suite 71
Houston, TX 77379

XXVI Holdings Inc.
PO Box 39000
DEPT 33654
San Francisco, CA 94139

Yadkin Road Partners LLC
c/o Desmond G Sheridan
804 Green Valley Road, Suite 200
Greensboro, NC 27408

Zoom Video Communications, Inc.
PO Box 888843
Los Angeles, CA 90088-8843