**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| U.S. Auto Sales, Inc., | Case No. 23-11251 (___) |
| Debtor. | |
| In re: | Chapter 7 |
| U.S. Auto Finance, Inc., | Case No. 23-11252 (___) |
| Debtor. | |
| In re: | Chapter 7 |
| U.S. Auto Receivables Financing, LLC, | Case No. 23-11253 (___) |
| Debtor. | |
| In re: | Chapter 7 |
| USASF LLC, | Case No. 23-11254 (___) |
| Debtor. | |
| In re: | Chapter 7 |
| USASF National Corp., | Case No. 23-11255 (___) |
| Debtor. | |
| In re: | Chapter 7 |
| USASF Servicing LLC, | Case No. 23-11256 (___) |
| Debtor. | |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

**These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.**

1.    The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Except where otherwise noted, the information provided herein is presented as of July 31, 2023.

2.    While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs.  Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3.    In reviewing and signing the Schedules and SOFAs, Mark Houston, the duly authorized and designated representative of the Debtors (the "Authorized Representative"), has necessarily relied upon the prior efforts, statements and representations of current and former employees, independent contractors and professionals of the Debtors.  The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4.    The Debtors and their past and present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) do not guarantee or warrant the accuracy, completeness or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past and present officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost

business or lost profits), whether foreseeable or not, however caused, arising from or related to any information provided herein or omitted herein.

5.      The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6.      Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances. Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors.

7.      Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown" or to similar effect. Accordingly, for this and other reasons, the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

8.      At times, the preparation of the Schedules and SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and/or other items. Actual results could differ from those estimates. M Pursuant Bankruptcy Rule 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

9.      Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

10.     Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to any of the other Debtors.  The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action.  The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

11.     For purposes of the Schedules and Statements, the Debtors assume that invoices were paid from retainers provided by different Debtors on a first in, first out basis.  Cole Schotz P.C. received two $50,000 retainers from U.S. Auto Sales, Inc. on April 18, 2023 and June 20, 2023.  Cole Schotz P.C. received two $250,000 retainers from U.S. Auto Finance, Inc. on April 20,2023, $250,000 of which was returned to U.S. Auto Sales, Inc. at the direction of the Debtors.  Cole Schotz P.C. deposited another $25,000 from U.S. Auto Sales, Inc. in retainer on August 11, 2023, and drew down on these retainers to pay its pre-petition invoices.

12.     With respect to Schedule A/B, Question 8, the retainer amounts paid by the Debtors to their bankruptcy counsel, Cole Schotz P.C., and their administrative advisor, BDO Consulting Group, LLC, on an earned upon receipt basis, do not constitute an interest of the Debtors in property and are thus not listed.  The amounts paid are listed in response to SOFA Question 11.

13.     With respect to Schedule A/B, Question 21 on U.S. Auto Sales, Inc.'s Schedules, the Debtors have presented their vehicle inventory on a consolidated basis, and have not included depreciation in the Current Value.

14.     With respect to the Schedules, the Current Values reported do not include depreciation.

15.     The Debtors have omitted intercompany receivables and payables from the Schedules.

16.     The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement Schedule G as necessary.  Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

17.     With respect to SOFA Part 2, the Debtors consider "regular employee compensation" to include payments on account of employee benefits, insurance and 401k contributions as such payments are deducted from employee wages and made as part of the normal compensation cycle.

18.      With respect to SOFA Questions 3-4, certain payment dates disclosed (particularly those listed with the last day of a particular month) are as of the date the disbursement was posted in the Debtors' general ledger rather than the specific disbursement date.  The Debtors have bank statements available to assist in a full reconciliation between posting date and disbursement date.

19.      The Debtors have excluded intercompany transactions from SOFA Question 4.

20.      Debtors contacted various parties in connection with their restructuring efforts, and the Debtors, through their advisors, may have shared certain financial information with those parties, who are not individually disclosed in response to SOFA Question 26(d).

5

| Fill in this information to identify the case: |
| --- |

Debtor name   **U.S. Auto Sales, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **23-11251**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $        0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $    57,382,758.22

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................ $    57,382,758.22

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    26,128,481.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    2,608,648.87

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    23,259,488.06

4. Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b

   $    51,996,618.35

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **U.S. Auto Sales, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **23-11251**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Horizon - accounts 4989, 5003, 3248, 7750 & 9797** | **Checking/DDA** | **4989** | $214,501.37 |
| 3.2. | **Regions Bank** | **Checking/DDA** | **5247** | $463.88 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $214,965.25 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Cole Schotz P.C. - Retainer balance** | $14,447.16 |
|---|---|---|

| Debtor | **U.S. Auto Sales, Inc.** | Case number *(If known)* **23-11251** |
|---|---|---|
| | Name | |

8.2.   **BDO USA LLP - Retainer balance**            **$7,510.00**

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      **$21,957.16**

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ■ No. Go to Part 4.
  ☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

  ■ No. Go to Part 5.
  ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No. Go to Part 6.
  ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No. Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** Equipment has not been inventoried since company seized operations; some equipment may be part of Hewatt settlement agreement; $9,524.99 relates to capitalized software development (Underwriting portal) | **$69,710.65** | Net Book Value | **$69,710.65** |

Debtor    **U.S. Auto Sales, Inc.**                                         Case number *(If known)*  **23-11251**
_____
Name

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    | $69,710.65 |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2010 Hyundai VIIN AB4AH334** | $1,179.37 | Net Book Value | $1,179.37 |
| 47.2.  **2000 Chevrolet Silverado 2500 VIN:**<br>**1GCFC29U6YE394346** | $2,607.79 | Net Book Value | $2,607.79 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**                                                                    | $3,787.16 |
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Debtor  **U.S. Auto Sales, Inc.**                              Case number *(If known)* **23-11251**
Name

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer Records in Dealer Management Systems (IDMS)** | **Unknown** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **Federal net operating losses (NOLs)**        Tax year **2012-2022** | **$55,043,575.00** |
| **Florida Sales Tax Refund for repossessed vehicles; refund request filed & being reviewed by the state**        Tax year **2019-2023** | **$2,028,763.00** |

Debtor    **U.S. Auto Sales, Inc.**

Name

Case number *(If known)* **23-11251**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$57,072,338.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor     **U.S. Auto Sales, Inc.**                                    Case number *(If known)* **23-11251**
           _____
           Name

<div style="background:black;color:white;display:inline-block">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $214,965.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $21,957.16 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $69,710.65 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,787.16 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $57,072,338.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $57,382,758.22 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $57,382,758.22 |

**Fill in this information to identify the case:**

Debtor name **U.S. Auto Sales, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **23-11251**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **Ally Financial Inc.** | | $6,838,133.55 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1735 N Brown Rd
Suite 500
Lawrenceville, GA 30043**

Creditor's mailing address

**richard.taylor@ally.com**

Creditor's email address, if known

**Date debt was incurred**
**10/15/2020**

**Last 4 digits of account number**
**2127**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Used Vehicles which have been repossessed by creditor**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **MidCap Financial Trust** | | $19,290,347.87 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7255 Woodmont Avenue
Suite 300
Bethesda, MD 20814**

Creditor's mailing address

**jgettmann@midcapfinancial.com**

Creditor's email address, if known

**Date debt was incurred**
**4/17/2019**

**Last 4 digits of account number**
**2408**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All residual assets of the company**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **U.S. Auto Sales, Inc.**
_____
Name

Case number (if known)    **23-11251**
_____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $26,128,481.42

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **U.S. Auto Sales, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **23-11251** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ALABAMA DEPARTMENT OF REVENUE**<br>**P.O. Box 327680**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,486.89** | **$33,486.89** |
| | Date or dates debt was incurred<br>**5/23/2023 and 6/7/2023** | Basis for the claim:<br>**Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**ALABAMA DEPARTMENT OF REVENUE**<br>**P.O. Box 327680**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** | **$100.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor    **U.S. Auto Sales, Inc.**                                    Case number (if known)    **23-11251**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$791,309.70** | **$791,309.70** |

2.3 — Priority creditor's name and mailing address

**Cigna Health and Life Insurance Co.**
**PO Box 644546**
**Pittsburgh, PA 15264**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$791,309.70    $791,309.70

Date or dates debt was incurred

Basis for the claim:
**Insurance**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4 — Priority creditor's name and mailing address

**Cigna Healthcare**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$785,729.00    $785,729.00

Date or dates debt was incurred

Basis for the claim:
**Employee Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5 — Priority creditor's name and mailing address

**EYE MED FIDELITY SECURITY LIFE**
**INSURANCE CO.**
**PO BOX 632530**
**Cincinnati, OH 45263-2530**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$508.92    $0.00

Date or dates debt was incurred

Basis for the claim:
**Insurance**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6 — Priority creditor's name and mailing address

**FLORIDA DEPARTMENT OF REVENUE**
**5050 W Tennessee Street**
**Tallahassee, FL 32399-0135**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,354.59    $20,354.29

Date or dates debt was incurred
**5/22/2023-6/29/2023**

Basis for the claim:
**Tax Liability**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **U.S. Auto Sales, Inc.**
Name

Case number (if known)    **23-11251**

---

**2.7**

Priority creditor's name and mailing address
**North Carolina Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00    $1,000.00

Date or dates debt was incurred

Basis for the claim:
**Tax Liability**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**SOUTH CAROLINA DEPT. OF MOTOR VEHICHLES**
**PO Box 1498**
**Blythewood, SC 29016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38,575.00    $0.00

Date or dates debt was incurred
**5/15/2023 - 6/16/2023**

Basis for the claim:
**Tax Liability**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**State of Florida**
**General Tax Admin. – Atlanta Service Ctr**
**180 Interstate North Parkway SE Ste 450**
**Atlanta, GA 33039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$441,815.70    $441,815.70

Date or dates debt was incurred

Basis for the claim:
**Tax Liability**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**Tennessee Department of Revenue**
**PO Box 190615**
**Nashville, TN 37219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495,769.07    $495,769.07

Date or dates debt was incurred
**6/30/2023 and 7/18/2023**

Basis for the claim:
**Tax Liability**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **U.S. Auto Sales, Inc.**                                  Case number (if known)   **23-11251**
          Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**USASF, LLC 401(k) Plan**
**c/o TAG Resources, LLC**
**6501 Deane Hill Drive**
**Knoxville, TN 37919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,938.59 |

**1Path Managed Services, LLC**
**170 Chastain Meadows Ct.**
**Kennesaw, GA 30144**
Date(s) debt was incurred  **6/12/2023**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.00 |

**AAAG Holdings Inc.**
**4700 Groveport Rd**
**Columbus, OH 43207**
Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.75 |

**ABC Detailers & Lot Wash Services LLC**
**13 Executive Circle**
**Savannah, GA 31406**
Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,524.54 |

**ACC Business**
**P.O. Box 5077**
**Carol Stream, IL 60197-5007**
Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,326.56 |

**ActivEngage**
**2701 Maitland Center Parkway**
**Suite 300**
**Maitland, FL 32751**
Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (if known) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Adam Breen**
**931 Deer Spring Dr.**
**Jacksonville, FL 32221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Utility Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $565.00 |
|---|---|---|---|

**ADESA ATLANTA**
**5055 Oakley Industrial Blvd**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**ADESA BIRMINGHAM**
**804 Sollie Drive**
**PO Box 130**
**Moody, AL 35004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Adesa Lexington**
**672 Blue Sky Pkwy**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,600.00 |
|---|---|---|---|

**Adesa Of Knoxville**
**1011 Adesa Parkway**
**Lenoir City, TN 37771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**ADESA Raleigh**
**30 Sadisco Rd**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,630.00 |
|---|---|---|---|

**Adesa Sarasota**
**6005 24th Street East**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **U.S. Auto Sales, Inc.**

Name   Case number (if known)   **23-11251**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Adesa Tampa**
**3225 N 50th Street**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Adesa, Inc.**
**PO BOX 359**
**Dimondale, MI 48821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.72 |
|---|---|---|---|

**AIRGAS USA, LLC**
**PO Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781,693.00 |
|---|---|---|---|

**Allied Solutions LLC**
**350 Veterans Way Ste 200**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,690.00 |
|---|---|---|---|

**America's Auto Auction Atlanta**
**444 Joe Frank Harris Pkwy**
**Cartersville, GA 30120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**AMERICA'S AUTO AUCTION GREENVILLE**
**2415 Hwy 101 South**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,078.16 |
|---|---|---|---|

**American Business Forms**
**8479 Solutions Center**
**Chicago, IL 60677-8004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (if known) | **23-11251** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,686.29 |
|---|---|---|---|

**Arrow Exterminators**
8613 Roswell Rd
Bldg 4
Atlanta, GA 30350

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.52 |
|---|---|---|---|

**ATHENS-CLARKE CO WATER BUSINESS OFFICE**
PO BOX 16869
Atlanta, GA 30321-0869

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.10 |
|---|---|---|---|

**Atmos Energy Corporation**
PO Box 740353
Cincinnati, OH 45274-0353

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,641.30 |
|---|---|---|---|

**ATSG, Inc. (Allied Solutions LLC)**
6111 W Plano Parkway Suite 2500
Plano, TX 75093

Date(s) debt was incurred __5/3/2023 and 5/26/2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289,646.60 |
|---|---|---|---|

**ATSG, Inc. (dinCloud)**
507 North State Road
Briarcliff Manor, NY 10510

Date(s) debt was incurred __5/11/2023 and 6/12/2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.00 |
|---|---|---|---|

**AuctionAccess, LLC**
2200 Woodcrest Place Suite 200
Birmingham, AL 35209

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,714,162.98 |
|---|---|---|---|

**AutoZone Stores LLC**
P.O. Box 10
Atlanta, GA 30368

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **U.S. Auto Sales, Inc.**
Name

Case number (if known) **23-11251**

| | |
|---|---|
| **3.27** | |

**Nonpriority creditor's name and mailing address**
**BacklotCars, Inc.**
**1100 Main St**
**Suite 1500**
**Kansas City, MO 64105**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,049.00**

---

| | |
|---|---|
| **3.28** | |

**Nonpriority creditor's name and mailing address**
**Balloon Promotions**
**200 Fairfield Rd, Suite 21**
**Fairfield, NJ 07004**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$254.74**

---

| | |
|---|---|
| **3.29** | |

**Nonpriority creditor's name and mailing address**
**Black Book**
**P.O. Box 404040**
**Atlanta, GA 30384-4040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| **3.30** | |

**Nonpriority creditor's name and mailing address**
**BLACKFIN SQUARE**
**2300 Holcomb Bridge Rd**
**Suite 103-134**
**Roswell, GA 30076**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional services**

Is the claim subject to offset? ☐ No ☐ Yes

**$6,530.00**

---

| | |
|---|---|
| **3.31** | |

**Nonpriority creditor's name and mailing address**
**Bodyline Motor**
**775 Jersey Rd**
**Winter Haven, FL 33881**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Other**

Is the claim subject to offset? ☐ No ☐ Yes

**$991.23**

---

| | |
|---|---|
| **3.32** | |

**Nonpriority creditor's name and mailing address**
**Brian Christopher Lyons**
**500 Angus Blvd**
**Byron, GA 31008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| | |
|---|---|
| **3.33** | |

**Nonpriority creditor's name and mailing address**
**Bright House Networks**
**PO Box 7195**
**Pasadena, CA 91109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$398.89**

---

Debtor     **U.S. Auto Sales, Inc.**
            _____            Case number (if known)    **23-11251**
            Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.23 |

**BrightRidge**
**2600 Boones Creek Rd**
**Johnson City, TN 37615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,590.00 |

**Caliber Electric LLC**
**25 Hawk Ridge**
**Jasper, GA 30143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Camden Landscaping Group, Inc.**
**PO BOX 38044**
**Greensboro, NC 27438-8044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |

**Cardinal Landscaping, Inc.**
**PO Box 26210**
**Fayetteville, NC 28314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |

**CATOOSA COUNTY TAX COMMISSIONER**
**796 LAFAYETTE STREET**
**Ringgold, GA 30736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,400.00 |

**Cavalaris Realty Company**
**c/o John H. Capitano, Esq.**
**Kirk Palmer & Thigpen, P.A.**
**1300 Baxter Street, Suite 300**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Payment for real property located at 7701 South Boulevard, Charlotte, NC 28273**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,188.58 |

**Ceridian HCM Inc**
**3311 East Old Shakopee Rd**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **U.S. Auto Sales, Inc.**
_____
Name

Case number *(if known)* **23-11251**

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.90 |
|---|---|---|---|

**CHARLESTON WATER SYSTEM UTILITY BILL**
PO Box 568
Charleston, SC 29402-0568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304.60 |
|---|---|---|---|

**Chattanooga Gas**
PO Box 5408
Carol Stream, IL 60197-5408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**Christopher Mustain**
8702 Miles Johnson Rd
Tallahassee, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,863.14 |
|---|---|---|---|

**CINTAS CORPORATION**
PO Box 630910
Cincinnati, OH 45263-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.60 |
|---|---|---|---|

**CITY OF ATLANTA (Watershed Management)**
PO BOX 105275
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,301.31 |
|---|---|---|---|

**CITY OF CHARLOTTE UTILITY**
P.O.Box 1316
Charlotte, NC 28201-1316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $362.29 |
|---|---|---|---|

**City of Chattanooga**
PO Box 591
Chattanooga, TN 37401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **U.S. Auto Sales, Inc.**
_____
Name

Case number (if known) **23-11251**
_____

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.79 |

**City of Clearwater**
PO Box 30020
Tampa, FL 33630

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.43 |

**City of Covington**
PO Box 1527
Covington, GA 30015

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.46 |

**CITY OF FLORENCE**
PO Box 63010
Charlotte, NC 28263

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.00 |

**City of Greensboro North Carolina**
PO Box 1170
Greensboro, NC 27402

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,261.65 |

**CITY OF LAWRENCEVILLE UTILITY BILL**
PO Box 2200
Lawrenceville, GA 30046

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,841.19 |

**City of Ocala**
201 SE 3rd St
Ocala, FL 34471-2174

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,336.73 |

**City of Tallahassee**
435 N Macomb St Relay Box
Tallahassee, FL 32301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **U.S. Auto Sales, Inc.** | | Case number (*if known*) | **23-11251** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.51 |
|---|---|---|---|
| | **City of Tampa Utilities**<br>**PO Box 30191**<br>**Tampa, FL 33630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.39 |
|---|---|---|---|
| | **CLAYTON COUNTY WATER AUTHORITY**<br>**PO BOX 117195**<br>**Atlanta, GA 30268-7195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **COLLETTRE PROPERTY MANAGEMENT**<br>**1111 Metropolitan Ave, Ste 700**<br>**Charlotte, NC 28204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.04 |
|---|---|---|---|
| | **COLUMBIA COUNTY WATER UTILITY BILL**<br>**PO Box 960**<br>**Grovetown, GA 30813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.80 |
|---|---|---|---|
| | **Columbia Fire & Safety, Inc.**<br>**700 Meeting Street**<br>**West Columbia, SC 29169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.99 |
|---|---|---|---|
| | **COLUMBUS WATER WORKS UTILITY BILL**<br>**1421 Veterans Pkwy**<br>**PO Box 1600**<br>**Columbus, GA 31902-1600** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,342.08 |
|---|---|---|---|
| | **Comcast**<br>**PO Box 71211**<br>**Charlotte, NC 28272-1211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **U.S. Auto Sales, Inc.**
_____     Case number (if known)   **23-11251**
Name

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,491.00** |

**Courtesy Emissions**
**3154 Lawrenceville-Suwanee Rd**
**Suite 104**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.66** |

**COX BUSINESS**
**PO Box 919367**
**Dallas, TX 75391-9367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,897.00** |

**COX RADIO, INC.**
**223 Perimeter Center Pkwy NE**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.14** |

**Crystal Springs**
**PO Box 665079**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157,068.38** |

**CVS Pharmacy, Inc. dba Caremark, L.L.C.**
**One CVS Drive**
**Woonsocket, RI 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |

**Daryl E. Lewis Jr.**
**905 Coolwood Pl**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,247,835.54** |

**Dealer Owned Warranty Company**
**14 Countryside Lane**
**Ringwood, NJ 07456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (if known) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215.00**

**Dealers Aa Of East Tennessee**
**207 Princeton Rd**
**Johnson City, TN 37601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,450.00**

**Dealers Auto Auction  Of Jackson**
**1657 Old Whitfield Rd**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,555.00**

**Dealers Auto Auction of Murfreesboro, LL**
**5000 Meridian Blvd**
**Suite 700**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,931.55**

**DEALERSOCKET DEALER SOCKET**
**PO Box 843876**
**Los Angeles, CA 90084-3876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480,093.99**

**Decision Dynamics, Inc.**
**PO Box 2078**
**Lexington, SC 29071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2023-5/24/2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**DEDRICK LAMON PULCE**
**2304 Bottega Lane**
**Apt 303**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317.00**

**DEKALB COUNTY WATER & SEWER**
**PO Box 71224**
**Charlotte, NC 28272-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utility Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (*if known*) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |

**Delaertrack Inc**
PO Box 101674
Pasadena, CA 91189-1674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.10** |

**DEMARCUS CAMPBELL**
7092 SHORE ROAD
Lithonia, GA 30058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,110,878.39** |

**Dent Wizard International Corp**
4710 Earth City Expressway
Bridgeton, MO 63044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |

**DEPENDABLE WINDOW CLEANING**
1165 Easy St
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$520.00** |

**DIXIE LAWN & LANDSCAPING INC.**
3810 Roddy Hwy
Cochran, GA 31014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,537,074.81** |

**Diz. LLC**
1301 N Slappey Blvd suite A
Albany, GA 31701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,023.96** |

**Dominion Energy**
PO Box 100255
Columbia, SC 29202-3255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | U.S. Auto Sales, Inc. | Case number (if known) | 23-11251 |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address
**DTA CONSTRUCTION SERVICES, INC.**
55 E Davis Bridge Rd
Villa Rica, GA 30180

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,750.00**

---

**3.84** | Nonpriority creditor's name and mailing address
**DUKE ENERGY**
PO Box 1094
Charlotte, NC 28201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,482.62**

---

**3.85** | Nonpriority creditor's name and mailing address
**Duke Energy**
PO Box 1003
Charlotte, NC 28201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,990.15**

---

**3.86** | Nonpriority creditor's name and mailing address
**Duke Energy**
PO Box 1004
Charlotte, NC 28201-1004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$823.59**

---

**3.87** | Nonpriority creditor's name and mailing address
**Dunlap & Kyle Tire Co. Inc**
DBA Gateway Tire
530 Myatt Drive
Madison, TN 37115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,010.71**

---

**3.88** | Nonpriority creditor's name and mailing address
**Ecotrak, LLC**
18004 Sky Park Circle, #100
Irvine, CA 92614

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,804.00**

---

**3.89** | Nonpriority creditor's name and mailing address
**Edward Salas dba Florida Fleet Wash, Inc**
8007 1/2 Newport Ave
Tampa, FL 33604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$780.00**

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (*if known*) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,601.78** |
|---|---|---|---|

**Effectual Enterprises**
**DBA AAMCO TRANSMISSIONS**
**100 Rainbow Way**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,005.58** |
|---|---|---|---|

**El Dorado Acquisitions, LLC**
**2100 Atlanta Hwy**
**Building A**
**Gainesville, GA 30504**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$799.46** |
|---|---|---|---|

**EPB**
**Attn: Remittance Processing**
**PO Box 182254**
**Chattanooga, TN 37422**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**EPB Fiber Optics**
**PO Box 182251**
**Chattanooga, TN 37422**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Evo Door and Window LLC**
**6250 Military Trail, Suite 204**
**West Palm Beach, FL 33407**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.96** |
|---|---|---|---|

**Fayetteville Public Works Commission**
**PO Box 7000**
**Fayetteville, NC 28302**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272,582.37** |
|---|---|---|---|

**FEDERATED INSURANCE**
**121 East Park Square**
**Owatonna, MN 55060**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **U.S. Auto Sales, Inc.**
_____
Name

Case number (*if known*)    **23-11251**

| | |
|---|---|
| **3.97** | |

**Nonpriority creditor's name and mailing address**
**FISH WINDOW CLEANING**
**1711 DEAN FOREST ROAD, SUITE G**
**Savannah, GA 31408-9561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$89.00**

---

| | |
|---|---|
| **3.98** | |

**Nonpriority creditor's name and mailing address**
**Florida Auto Auction Properties LLC**
**2800 N US 17 92**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$160.00**

---

| | |
|---|---|
| **3.99** | |

**Nonpriority creditor's name and mailing address**
**FORMETCO**
**Lockbox/Department #999075**
**PO Box 530074**
**Atlanta, GA 30353-0074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,475.00**

---

| | |
|---|---|
| **3.100** | |

**Nonpriority creditor's name and mailing address**
**FUZE, INC. FKA THINKING PHONE**
**NETWORKS,**
**PO Box 347284**
**Pittsburgh, PA 15251-4284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$63,862.53**

---

| | |
|---|---|
| **3.101** | |

**Nonpriority creditor's name and mailing address**
**Gainesville Regional Utilities**
**PO BOX 147051**
**Station A117**
**Gainesville, FL 32614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,794.80**

---

| | |
|---|---|
| **3.102** | |

**Nonpriority creditor's name and mailing address**
**Gallagher Promotional Products**
**655 Florida Central Parkway**
**Longwood, FL 32750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$119.90**

---

| | |
|---|---|
| **3.103** | |

**Nonpriority creditor's name and mailing address**
**GEORGIA POWER COMPANY**
**96 Annex**
**Atlanta, GA 30396**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$86,318.48**

---

Debtor  **U.S. Auto Sales, Inc.**
Name

Case number (*if known*)   **23-11251**

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,370.00** |

**GEORGIA SECURITY SYSTEMS, INC.**
73 Lawrenceville Street
McDonough, GA 30253

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,375.00** |

**Georgia-Carolina Auto Auction**
884 East Ridgeway Road
Commerce, GA 30529

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$344.10** |

**GFL Environment**
PO BOX 4524
Houston, TX 77210-4524

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$670.43** |

**Gfl Environmental**
 **(Formally Waste Industries)**
PO BOX 791519
Baltimore, MD 21279-1519

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,334.67** |

**GORDON HOWARD ASSOCIATES DBA
PASSTIME**
Lockbox 446082
PO Box 64013
Saint Paul, MN 55164-0013

Date(s) debt was incurred  **5/5/2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,389.48** |

**GRANITE TELECOMMUNICATIONS**
PO Box 983119
Boston, MA 02298-3119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,744.06** |

**Grant Thornton LLP**
33562 Treasury Center
Chicago, IL 60694-3500

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **U.S. Auto Sales, Inc.**
_____
Name

Case number (*if known*)   **23-11251**

| | |
|---|---|
| 3.111 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$320.00** |

**Grazz Masters LLC**
**2900 Kirby Road**
**Suite 7**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.112 **Nonpriority creditor's name and mailing address** **$79,367.89**

**GREAT AMERICA FINANCIAL SERVICES**
**CORP**
**PO BOX 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.113 **Nonpriority creditor's name and mailing address** **$451.20**

**GREENVILLE WATER UTILITY**
**PO Box 687**
**Greenville, SC 29602-0687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.114 **Nonpriority creditor's name and mailing address** **$1,686.17**

**GWINNETT COUNTY DEPT OF WATER**
**RESOURCES**
**PO Box 71225**
**Charlotte, NC 28272-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.115 **Nonpriority creditor's name and mailing address** **$1,770.00**

**Herbie's Quality Landscaping**
**159 Willowood Dr**
**Spartanburg, SC 29303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.116 **Nonpriority creditor's name and mailing address** **$7,895.60**

**Hireright GIS Intermediate Corp., Inc.**
**PO Box 847891**
**Dallas, TX 75284-7891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

3.117 **Nonpriority creditor's name and mailing address** **$33,735.52**

**HOMENET - DE Inc.**
**PO BOX 935242**
**Atlanta, GA 31193-5242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **U.S. Auto Sales, Inc.**                                            Case number (if known)  **23-11251**
_____
Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,005.25 |

**Horizon Electronics Loss Prevention, Inc**
**7925 Evies Way**
**Port Richey, FL 34668**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $839.95 |

**Huntsville Utilities (Bill)**
**112 Spragins St NW**
**Huntsville, AL 35895**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,105.91 |

**IHEART MEDIA**
**PO Box 406372**
**Atlanta, GA 30384-6372**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,771.91 |

**INMAN S FRYE**
**67 A Born Street**
**Lawrenceville, GA 30046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**Intralinks, Inc**
**PO Box 392134**
**Pittsburgh, PA 15251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381.25 |

**J.R. Fallaw Mechanical Services LLC**
**PO Box 337**
**Gilbert, SC 29054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |

**JACK M KITE CO, INC.**
**261 South Acres Dr**
**Bristol, TN 37620**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **U.S. Auto Sales, Inc.**
_____
Name

Case number (if known) **23-11251**
_____

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,370.10 |

**JACKSON EMC UTILITY BILL**
**PO Box 166023**
**Altamonte Springs, FL 32716-6023**

Date(s) debt was incurred  **5/16/2023 - 7/25/2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,692.00 |

**JACKSON EMC UTILITY BILL**
**PO Box 100**
**Jefferson, GA 30549-0100**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,032.67 |

**Jackson Lewis P.C.**
**P.O. Box 416019**
**Boston, MA 02241-6019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Jacksonville Sheriff's Office False**
**Alarm Reduction Program**
**P.O. Box 141925**
**Irving, TX 75014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $590.00 |

**JANI-KING OF**
**GREENVILLE/SPARTANBURG**
**498A Garlington Rd**
**Greenville, SC 29615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

**JANI-KING OF SAVANNAH**
**3665 Wheeler Rd**
**Suite 1A**
**Augusta, GA 30909**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,563.87 |

**JEA UTILITY BILLS**
**PO Box 45047**
**Jacksonville, FL 32232-5047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Debt**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor  **U.S. Auto Sales, Inc.**
_____
Name

Case number (if known)   **23-11251**

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.62 |
|---|---|---|---|

**JJ's Waste & Recycling LLC**
**3905 El Rey Rd**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**Juan Manzanares**
**PO BOX 2721**
**Decatur, AL 35602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,387.05 |
|---|---|---|---|

**KIA MOTOR FINANCE**
**BOX 650805**
**1501 NORTH PLANO RD**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2023**

Last 4 digits of account number __

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**KIHLA JADE HOLLOWAY**
**8570 IRIS AVENUE N**
**Seminole, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Krystal Graves**
**10 Peggy Sue Court**
**Greensboro, NC 27407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,698.00 |
|---|---|---|---|

**KUB**
**PO Box 59029**
**Knoxville, TN 37950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,814.00 |
|---|---|---|---|

**Lawrence Glass Co Inc.**
**2450 Rideout Ln**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (if known) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Letitia Murphy**
**126 Acme Street**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Other**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.71 |
|---|---|---|---|

**LEXISNEXIS RELX INC.**
**PO Box 733106**
**Dallas, TX 75373-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,314.44 |
|---|---|---|---|

**Life Insurance Company of North America**
**401 Market St**
**Lockbox  2447**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Lightico Inc**
**140 Broadway Ave**
**Floor 46**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**Lockton Companies**
**3280 Peachtree Road NE**
**Suite 250**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Insurance**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,030.00 |
|---|---|---|---|

**Longleaf Realty Trust, Llc**
**PO Box 110**
**Madison, GA 30650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Rent**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.00 |
|---|---|---|---|

**LTR Inermediate Holdings, Inc.**
**dba Liberty Tire Recycling, LLC**
**PO Box 645375**
**Pittsburgh, PA 15264-5375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **U.S. Auto Sales, Inc.**                                    Case number (if known)  **23-11251**
_____
Name

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,761.98 |
|---|---|---|---|

**3.146**

Nonpriority creditor's name and mailing address
**M&A Ventures LLC**
**3 West Paces Ferry Rd NW, Suite 200**
**Atlanta, GA 30305**

Date(s) debt was incurred  **5/4/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$61,761.98**

---

**3.147**

Nonpriority creditor's name and mailing address
**MACON WATER AUTHORITY UTILITY BILL**
**PO BOX 108**
**Macon, GA 31202-0108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$693.34**

---

**3.148**

Nonpriority creditor's name and mailing address
**Managemowed**
**3200 Selwyn Ave**
**Charlotte, NC 28209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$396.00**

---

**3.149**

Nonpriority creditor's name and mailing address
**Manhattan Telecommunications Corporation**
**PO Box 9660**
**Manchester, NH 03108-9660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$76,238.95**

---

**3.150**

Nonpriority creditor's name and mailing address
**MARIETTA POWER WATER UTILITY BILL**
**PO Box 609**
**Marietta, GA 30061-0609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,189.27**

---

**3.151**

Nonpriority creditor's name and mailing address
**Marpan Supply Company, Inc.**
**PO Box 2068**
**Tallahassee, FL 32316**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$143.96**

---

**3.152**

Nonpriority creditor's name and mailing address
**MCC Telephony of Georgia LLC**
**PO Box 71222**
**Charlotte, NC 28272-1222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$429.80**

---

Debtor **U.S. Auto Sales, Inc.**
Name

Case number (if known)   **23-11251**

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,361.00 |
|---|---|---|---|

**Memphis Light Gas and Water Division**
PO Box 388
Memphis, TN 38145-0388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.00 |
|---|---|---|---|

**MenuSys**
PO Box 2215
Eau Claire, WI 54702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.40 |
|---|---|---|---|

**Meridian Waste**
PO Box 580231
Charlotte, NC 28258-0231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,668.57 |
|---|---|---|---|

**Meta Platforms, Inc.**
1601 Willow Rd
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $496.00 |
|---|---|---|---|

**Metro Mechanical Services, Inc.**
851 North Pine Hill Road
Birmingham, AL 35217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,171.11 |
|---|---|---|---|

**Metro Water Services**
PO Box 305225
Nashville, TN 37230-5225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,775.50 |
|---|---|---|---|

**Mitchell Mechanical Heating &
Air Cond Inc.**
1398 Duncan Lane
Auburn, GA 30011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **U.S. Auto Sales, Inc.**                                    Case number (if known)   **23-11251**
_____
Name

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,041.46 |
|---|---|---|---|

**Mitchell Repair Information Company, LLC**
**25029 Network Place**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,938.48 |
|---|---|---|---|

**Nashville Electric Company**
**PO Box 305099**
**Nashville, TN 37230-5099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,376.50 |
|---|---|---|---|

**OATA Clerking**
**8421 S. John Young Pkwy., Suite 150**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/2023 - 5/26/2023**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|---|

**OCCUPATIONAL HEALTH CENTERS OF GA, PC**
**P.O. Box 82730**
**Hapeville, GA 30354-0730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,028.09 |
|---|---|---|---|

**ONEPATH**
**170 Chastain Meadows Ct.**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/2023**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.75 |
|---|---|---|---|

**Orange Auto Tag Agency**
**8421 S John Young Pkwy, Suite 150**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,174.47 |
|---|---|---|---|

**Orlando Utilities Commission**
**PO Box 31329**
**Tampa, FL 33631-3329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **U.S. Auto Sales, Inc.** | Case number (*if known*) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**OSEAS . SANTIAGO JR.**
**526 EMERALD ROAD**
**Ocala, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,353.64**

**Otis Elevator Company**
**PO Box 730400**
**Dallas, TX 75373-0400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.00**

**Palmer Hall dba Urban Detailing LLC**
**2331  NE 17th Pl**
**Unit 101**
**Ocala, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00**

**Peach State Roofing**
**1655-A Spectrum Drive**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.28**

**Pep Boys**
**P.O. Box 8500-50445**
**Philadelphia, PA 19178-0445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Percival Lane**
**4904 Holmes Ave**
**Columbia, SC 29203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,885.16**

**Piedmont Natural Gas**
**PO Box 1246**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **U.S. Auto Sales, Inc.**                                  Case number (if known)   **23-11251**
_____
Name

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,480.00** |
|---|---|---|---|

**PODIUM CORPORATION, INC. SUBSCRIPTION**
PO Box 880321
Phoenix, AZ 85038-9650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,548.15** |
|---|---|---|---|

**Pugh Lubricants, LLC**
**dba Cadence Petroleum Group**
PO Box 601872
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,466.00** |
|---|---|---|---|

**Purchase Power**
PO BOX 981026
Boston, MA 02298-1026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$561.00** |
|---|---|---|---|

**Purple Communications, Inc.**
13620 N FM 620, Bldg C, Ste 100
Austin, TX 78717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.63** |
|---|---|---|---|

**Reliable Solutions, LLC**
**dba  Rivergate Muffler & Auto Repair**
159 Gleaves St
Madison, TN 37115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,579.42** |
|---|---|---|---|

**REPUBLIC SERVICES**
PO Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,970.00** |
|---|---|---|---|

**Robert L. Gilstrap**
PO Box 48614
Tampa, FL 33646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (if known) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

**3.181** | Nonpriority creditor's name and mailing address
Rogelio C. Salazar
3925 Waldrip Dr
Gainesville, GA 30504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$11,700.00

---

**3.182** | Nonpriority creditor's name and mailing address
RONNIE RONNAZES NELSON
515 Hanover Drive
Waycross, GA 31501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.183** | Nonpriority creditor's name and mailing address
RSM Maintenance LLC
461 From Rd
Paramus, NJ 07652

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$25,592.85

---

**3.184** | Nonpriority creditor's name and mailing address
RSM US, LLP
5155 Paysphere Circle
Chicago, IL 60674-0051

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No  ☐ Yes

$119,515.95

---

**3.185** | Nonpriority creditor's name and mailing address
SCANA ENERGY UTILITY BILL
PO Box 100157
Columbia, SC 29202-3157

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$9,541.74

---

**3.186** | Nonpriority creditor's name and mailing address
SEASIDE ELITE GROUP LLC
2220 COUNTY ROAD 210 W #108 230
Saint Johns, FL 32259

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

---

**3.187** | Nonpriority creditor's name and mailing address
Select Door Service LLC
1040 Commerce CT
Suite 3
Bogart, GA 30622

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$10,096.27

---

| Debtor | **U.S. Auto Sales, Inc.** | Case number (if known) | **23-11251** |
|---|---|---|---|
| | Name | | |

---

**3.188** | Nonpriority creditor's name and mailing address
**Sheer Service, LLC**
**6250 N. MILITARY TL.**
**SUITE 204 WEST**
**West Palm Beach, FL 33407**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$10,815.21

---

**3.189** | Nonpriority creditor's name and mailing address
**SHELBY COUNTY CLERK**
**150 Washington Avenue**
**Memphis, TN 38103**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$136.00

---

**3.190** | Nonpriority creditor's name and mailing address
**Smith Driven Enterprises & Services Inc.**
**3961 Mooty Bridge Rd**
**Lagrange, GA 30240**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,184.00

---

**3.191** | Nonpriority creditor's name and mailing address
**SNAP TIRE, INC.**
**1145 Battlecreek Rd.**
**Jonesboro, GA 30236**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$15,680.97

---

**3.192** | Nonpriority creditor's name and mailing address
**SOUTH CAROLINA DEPARTMENT OF REVENUE**
**(CORP TAX)**
**PO Box 2535**
**Columbia, SC 29202-2535**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

**3.193** | Nonpriority creditor's name and mailing address
**Southeast Sales & Service LLC**
**112 Midtown Ct**
**Suite 303**
**Hendersonville, TN 37075**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,532.49

---

**3.194** | Nonpriority creditor's name and mailing address
**SOUTHEAST TOYOTA FINANCE**
**PO BOX 8500**
**Philadelphia, PA 19178**

Date(s) debt was incurred __5/25/2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Other__

Is the claim subject to offset? ■ No ☐ Yes

$16,946.30

---

Debtor **U.S. Auto Sales, Inc.**
_____
Name

Case number (if known) **23-11251**

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.40** |
|---|---|---|---|

**Spartanburg Water**
**PO Box 251**
**Spartanburg, SC 29304-0251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,434.55** |
|---|---|---|---|

**Spectrum Business**
**PO Box 94188**
**Palatine, IL 60094-4188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,028.78** |
|---|---|---|---|

**Spectrum Business**
**PO Box 4617**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.00** |
|---|---|---|---|

**Squeegee Pros, Inc.**
**PO Box 5384**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,330.10** |
|---|---|---|---|

**STAPLES Inc.**
**PO Box 405386**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
|---|---|---|---|

**State of Tennessee**
**220 French Landing Drive**
**2nd Floor**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sugarloaf LLC**
**3080 Windward Plaza, Ste F320**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | U.S. Auto Sales, Inc. | Case number (if known) | 23-11251 |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,150.00 |
|---|---|---|---|
| | SURE-TRAC, LLC<br>2450 Atlanta Hwy, #203<br>Cumming, GA 30040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/5/2023 | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,781.05 |
|---|---|---|---|
| | TAG Resources, LLC<br>6501 Deane Hill Dr<br>Knoxville, TN 37919 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/26/2023 | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.59 |
|---|---|---|---|
| | TECO - Tampa Electric<br>PO Box 31318<br>Tampa, FL 33631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Utility Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|
| | Teen Challenge of Florida, Inc.<br>d/b/a Challenge Car Care - Chamois<br>4141 Apalachee Parkway<br>Tallahassee, FL 32311 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Utility Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,718.65 |
|---|---|---|---|
| | TEK MATERIAL & SUPPLY<br>1000 Hurricane Shoals Rd NE<br>BLDG C290<br>Lawrenceville, GA 30043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.16 |
|---|---|---|---|
| | Tennessee American Water<br>PO Box 6029<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Utility Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.39 |
|---|---|---|---|
| | The Madison Suburban Utility District<br>PO Box 306140<br>Nashville, TN 37230-6140 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Utility Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **U.S. Auto Sales, Inc.**
_____
Name

Case number (*if known*)    **23-11251**

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,849.82** |

**THE MIGHTY MUFFLER INC.**
**687 E Crogan St**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,192.71** |

**The Reynolds & Reynolds Company**
**PO Box 182206**
**Columbus, OH 43218-2206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,454.49** |

**THG Management Solutions LLC**
**2095 Hwy 211 NW**
**Suite 2-F # 126**
**Braselton, GA 30517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.00** |

**Timothy Edward Stone dba Rustic Ridge**
**Landscaping**
**255 S Perkins Bridge Rd**
**Johnson City, TN 37615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**Tony Osterman**
**129 Bromwich Dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,744.81** |

**Troy Allred**
**5614 Hwy 138 SW**
**Oxford, GA 30054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$541.32** |

**TWC Services, Inc.**
**PO Box 1612**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | __U.S. Auto Sales, Inc.__ | Case number (if known) | __23-11251__ |
|---|---|---|---|
| | Name | | |

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,435.00**

**VAUTO INC.**
**PO Box 935202**
**Atlanta, GA 31193-5202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,546.02**

**Vena Solutions**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.00**

**Victor Marin**
**P.O Box 3073**
**Florence, SC 29501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,187.35**

**Visual Vault LLC**
**215 Coles Street**
**Jersey City, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/4/2023 and 5/30/2023__

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**VSC Fire & Security, Inc.**
**10343-B Kings Acres Road**
**Ashland, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,080.00**

**VSE of Georgia, Inc.**
**2107 N. Decatur Rd., #518**
**Decatur, GA 30033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$642.36**

**WALTON EMC UTILITY**
**PO Box 1347**
**Monroe, GA 30655-1347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | U.S. Auto Sales, Inc. | Case number (if known) | 23-11251 |
|---|---|---|---|
| | Name | | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.14 |
|---|---|---|---|

**Waste Connections of North Carolina, Inc**
PO Box 535233
Pittsburgh, PA 15253

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.25 |
|---|---|---|---|

**Waste Connections of Tennessee**
PO Box 535233
Pittsburgh, PA 15253-5233

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,657.03 |
|---|---|---|---|

**WASTE MANAGEMENT**
PO Box 4648
Carol Stream, IL 60197-4648

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,476.75 |
|---|---|---|---|

**Waste Management (Boston)**
PO BOX 55558
Boston, MA 02205-5558

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.73 |
|---|---|---|---|

**WASTE PRO- ATLANTA**
PO BOX 865245
Orlando, FL 32886

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.21 |
|---|---|---|---|

**WASTE PRO-JACKSONVILLE**
PO BOX 865200
Orlando, FL 32886-5200

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,508,541.35 |
|---|---|---|---|

**WELLS FARGO BANK**
500 Palmer Street
Delta, CO 81416

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **U.S. Auto Sales, Inc.** |
| | Name |

Case number (*if known*)   **23-11251**

---

**3.230**

**Nonpriority creditor's name and mailing address**
**WordStream Inc.**
**101 Huntington Ave**
**Suite 7000**
**Boston, MA 02199**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$18,183.30

---

**3.231**

**Nonpriority creditor's name and mailing address**
**WOW Business Services LLC**
**7887 East Belleview Ave**
**Suite 1000**
**Englewood, CO 80111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility Debt__

Is the claim subject to offset? ■ No ☐ Yes

$71.98

---

**3.232**

**Nonpriority creditor's name and mailing address**
**WWEX INVESTMENT HOLDINGS, LLC**
**2323 VICTORY AVENUE**
**Dallas, TX 75219**

Date(s) debt was
incurred __5/11/2023 and 5/16/2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$43,793.90

---

**3.233**

**Nonpriority creditor's name and mailing address**
**www.Trustscience.com USA INC**
**3400 Timmons Lane, Suite 71**
**Houston, TX 77379**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$263,062.15

---

**3.234**

**Nonpriority creditor's name and mailing address**
**XXVI Holdings Inc.**
**PO Box 39000**
**DEPT 33654**
**San Francisco, CA 94139**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$683,784.05

---

**3.235**

**Nonpriority creditor's name and mailing address**
**Zoom Video Communications, Inc.**
**PO Box 888843**
**Los Angeles, CA 90088-8843**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$31,321.00

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **U.S. Auto Sales, Inc.**
          Name

Case number (if known)    **23-11251**

|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a.    $                    2,608,648.87 |
| **5b. Total claims from Part 2** | 5b.    +  $              23,259,488.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $              25,868,136.93 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Fill in this information to identify the case: |
|---|
| Debtor name **U.S. Auto Sales, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) **23-11251** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 1423 Asheville Hwy, Spartanburg, SC 29303.** | |
| State the term remaining | **2/28/2035** | **1423 Ashville LLC c/o Alan Osheff 332 Chipili Drive Northbrook, IL 60062** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 3122 West Tennessee Street, Tallahassee, FL 32304.** | |
| State the term remaining | **4/30/2028** | **3122 West Tennessee Street, LLC 4708 Capital Circle NW Tallahassee, FL 32303** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 3122 West Tennessee Street, Tallahassee, FL 32304.** | |
| State the term remaining | **4/30/2028** | **3122 West Tennessee Street, LLC c/o Joshua. W. Walters, Esq. Manausa, Shaw, &minacci, P.A. 1701 Hermitate Blvd, Suite 100 Tallahassee, FL 32308** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 5950 Lee Hwy, Chattanooga, TN 37421.** | |
| State the term remaining | **2/28/2028** | **8 6002 Lee, LLC 2288 Gunbarrel Rd, Ste 135 Chattanooga, TN 37421** |
| List the contract number of any government contract | | |

Debtor 1  **U.S. Auto Sales, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **23-11251**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 5950 Lee Hwy, Chattanooga, TN 37421.** | |
|---|---|---|---|
| | State the term remaining | **2/28/2028** | **8 6002 Lee, LLC c/o Peter C. Ensign, Esq. 61111 Shallowford Rd, Suite 105C Chattanooga, TN 37421** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 2752 Laurens Rd, Greenville, SC 29607.** | |
|---|---|---|---|
| | State the term remaining | **5/22/2027** | **Capital Automotive L.P (MMR Holdings LLC c/o Stephanie M. Rochel, SVP & Secretary 8484 Westpark Drive, Suite 200 Mc Lean, VA 22102** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll system & processing  - Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2023** | **Ceridian HCM, Inc & Ceridian Dayforce Licensing LLC, c/o Toni Rossi, Rep. 3311 East Old Shakopee Road Minneapolis, MN 55425-1640** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Dealer Management System (IDMS)** | |
|---|---|---|---|
| | State the term remaining | **30 Days Notice** | **Dealer Socket, Inc. 1500 Solana Blvd Building 6, Suite 6300 Westlake, TX 76262** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted Data - dinCloud Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **March 31, 2022 - annual auto renewal** | **dinCloud, LLC Oak Tree Centre 1990 Madison Street, Suite 105 Clarksville, TN 37043** |
| | List the contract number of any government contract | | |

Debtor 1    **U.S. Auto Sales, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **23-11251**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Transportation Services Agreement - unpaid invoices** | |
| State the term remaining | **30 Day written notice** | **Diz, LLC d/b/a Dismuke Transport c/o Andrew Dismuke 1301 N Slappey Blvd STE A Albany, GA 31701-1440** |
| List the contract number of any government contract | | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Transportation Services Agreement -unpaid invoices** | |
| State the term remaining | **30 Day written notice** | **Diz, LLC d/b/a Dismuke Transport, c/o Thompson, O'Brien, Kappler, Nasuite P.C. 2 Sun Court, Suite 400 Peachtreee Corners, GA 30092** |
| List the contract number of any government contract | | |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 3705 Bristol Hwy, Johnson City, TN 37601.** | |
| State the term remaining | **6/30/2026** | **Friendship Enterprises LLC c/o Alan Osheff 332 Chipili Drive Northbrook, IL 60062** |
| List the contract number of any government contract | | |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Parking Lot located at Stone Mountain Store, 6252 Memorial Drive, Stone Mountain, GA.** | |
| State the term remaining | **12/31/2024** | **Gainesville Masters, LLC  (Parking) 6252 Memorial Drive Stone Mountain, GA 30084** |
| List the contract number of any government contract | | |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 500 West Oglethorpe Blvd, Albany GA.** | |
| State the term remaining | **1/31/2034** | **GAINESVILLE NET LEASE, LLC Attn: Timothy Crowley 9645 Clayton Rd, 2nd Floor Saint Louis, MO 63124** |
| List the contract number of any government contract | | |

Debtor 1  **U.S. Auto Sales, Inc.**
_____    Case number *(if known)*  **23-11251**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 500 West Oglethorpe Blvd, Albany GA.** | **GAINESVILLE NET LEASE, LLC** |
|---|---|---|---|
| | State the term remaining | **1/31/2034** | **c/o Dough Hickel, Esq.** |
| | List the contract number of any government contract | | **Summers Compton Wells 903 S Lindbergh Blvd., Suite 200 Saint Louis, MO 63131** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Document, Vault Storage, Iamging, Hosting and Shredding Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GRM** |
| | List the contract number of any government contract | | **c/o Mathew Diaz, Gen. & Operations Mgr 850 Maxham Rd, Suite 1000 Lithia Springs, GA 30122** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 1810 Browns Bridge Road, Gainesville, GA.** | **Ideal Georgia Auto Holding LLC** |
|---|---|---|---|
| | State the term remaining | **10/5/2034** | **1931 Cordova Rd, #220** |
| | List the contract number of any government contract | | **Attn: J. Bruce Forbes Fort Lauderdale, FL 33316** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 8350 Kingston Pike, Knoxville, TN 37919.** | |
|---|---|---|---|
| | State the term remaining | **3/31/2030** | **Julia D Schriver, Trustee** |
| | List the contract number of any government contract | | **6905 Sherwood Dr. Knoxville, TN 37919** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 8350 Kingston Pike, Knoxville, TN 37919.** | **Julia D Schriver, Trustee** |
|---|---|---|---|
| | State the term remaining | **3/31/2030** | **c/o Luke D. Durham, Esq.** |
| | List the contract number of any government contract | | **Brock, Shipe, Klenk 265 Brookview Centre Way, Suite 604 Knoxville, TN 37919** |

Debtor 1    **U.S. Auto Sales, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **23-11251**

██ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.20. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 3700 S. Orange Blossom Trail, Orlando, FL 32839.** | |
| State the term remaining | **6/30/2029** | |
| List the contract number of any government contract | | **Kipp and Paula Parker 19173 Rd 193 Limon, CO 80828** |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 2172 Parkwood Dr., Snellville, GA 30078 (Centerville Store)** | |
| State the term remaining | **3/31/2024** | |
| List the contract number of any government contract | | **Larry Pearson (Centerville Rent) 818 Barefoot Cove Circle West Union, SC 29696** |
| 2.22. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at Forest Park, 7780 Tara Blvd, Jonesboro, GA 30236.** | |
| State the term remaining | **10/31/2027** | |
| List the contract number of any government contract | | **MADISON-FAIRGROUND, LLC P.O. Box 882 Madison, GA 30650** |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest | **Hosted Data  - Onepath Master Service Agreement** | |
| State the term remaining | **August 1, 2018 - annual auto renewal** | |
| List the contract number of any government contract | | **Onepath Systems, LLC db/a/ Onepath 170 Chastain Meadows Court Kennesaw, GA 30144** |
| 2.24. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 19206 US Highway 19N, Clearwater, FL 33764.** | |
| State the term remaining | **6/30/2024** | |
| List the contract number of any government contract | | **Panevas LLC c/o Michael Kastrenakes Pinellas Park, FL 33781** |

Debtor 1   **U.S. Auto Sales, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **23-11251**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 709 Carnegie Place, Greensboro, NC 27409.** | |
|---|---|---|---|
| | State the term remaining | **8/31/2025** | **Rocks On Properties, LLC c/o Gilbert Rockson Greensboro, NC 27404** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 709 Carnegie Place, Greensboro, NC 27409.** | |
|---|---|---|---|
| | State the term remaining | **8/31/2025** | **Rocks On Properties, LLC c/o Jennifer N. Fountain, Esq. Isaacson Sheridian 804 Greenv Valley Rd, Suite 200 Greensboro, NC 27408** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Lease for Lot located at 3045 Sweetwater Terrace, Lithia Springs, GA 30122.** | |
|---|---|---|---|
| | State the term remaining | **30 days notice** | **Sandy Euclid (Lithia Parking Lease) 205 Thornton Rd Lithia Springs, GA 30122** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Smart Copy Agreement** | |
|---|---|---|---|
| | State the term remaining | **Various depending on installation of equipment-refer to schedule** | **Standard Office Systems 2475 Meadowbrook Pkwy Duluth, GA 30096** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Smart Copy Agreement - Lessor: Great American Financial Services Corporation** | |
|---|---|---|---|
| | State the term remaining | **Various depending on installation of equipment-refer to schedule** | **Standard Office Systems Randall D Armentrout & Leslie C. Behaune Nyemaster Goode, P.C. 700 Walnut, Suite 1600 Des Moines, IA 50309** |
| | List the contract number of any government contract | | |

Debtor 1 **U.S. Auto Sales, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **23-11251**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 1725 Main Street, Gainesville, FL 32609.** | |
|---|---|---|---|
| | State the term remaining | **11/30/2024** | **Tajalli & Tajalli** |
| | List the contract number of any government contract | | **13867 NW 30th Road Gainesville, FL 32606** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 2444 & 2446 Covington Pike, Memphis, TN 37919.** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **Team Auto Investment Group, LLC** |
| | List the contract number of any government contract | | **7300 Winchester Rd Memphis, TN 38125** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 2444 & 2446 Covington Pike, Memphis, TN 37919.** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **Team Auto Investment Group, LLC c/o Mark J. Grai, Esq.** |
| | List the contract number of any government contract | | **The Winchester Law Firm 6060 Poplar Avenue, Suite 295 Memphis, TN 38119** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **eOriginal - Document Electronic Vaulting Service** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2025** | **WoltersKluwer c/o Barb Kinzer** |
| | List the contract number of any government contract | | **250 West Pratt Street, Suite 1400 Baltimore, MD 21201** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot located at 5702-5708 Yadkin Road, Fayetteville, NC 28303.** | |
|---|---|---|---|
| | State the term remaining | **8/31/2030** | **Yadkin Road Partners LLC c/o Desmond G Sheridan** |
| | List the contract number of any government contract | | **804 Green Valley Road, Suite 200 Greensboro, NC 27408** |

**Fill in this information to identify the case:**

Debtor name **U.S. Auto Sales, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **23-11251**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **U.S. Auto Finance, Inc.** | **P.O. Box 1203**<br>**Lawrenceville, GA 30046**<br>**Guarantor under MidCap Financial Trust loan** | **MidCap Financial Trust** | ■ D **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **USASF Holdco LLC** | **c/o The Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>**Guarantor under Ally Financial Inc. loan** | **Ally Financial Inc.** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **USASF LLC** | **c/o The Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>**Guarantor under Ally Financial Inc. loan** | **Ally Financial Inc.** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **USASF LLC** | **c/o The Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>**Guarantor under MidCap Financial Trust loan** | **MidCap Financial Trust** | ■ D **2.2**<br>☐ E/F _____<br>☐ G _____ |

Debtor  **U.S. Auto Sales, Inc.**

Case number *(if known)*  **23-11251**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                                   *Column 2:* **Creditor**

| 2.5 | **USASF National Corp.** | **c/o The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 Guarantor under MidCap Financial Trust loan** | **MidCap Financial Trust** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.6 | **USASF Servicing LLC** | **1855 Satellite Blvd. Suite 100 Duluth, GA 30097 Guarantor under MidCap Financial Trust loan** | **MidCap Financial Trust** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

Official Form 206H

**Fill in this information to identify the case:**

Debtor name    **U.S. Auto Sales, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11251**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2023**        X **/s/ Mark Houston**
                                        Signature of individual signing on behalf of debtor

                                        **Mark Houston**
                                        Printed name

                                        **Chief Restructuring Officer**
                                        Position or relationship to debtor