IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| U.S. Auto Sales, Inc. d/b/a US Auto Sales[1] | ) | Case No. 23-11251 (TMH) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF CHANGE FROM NO ASSET
TO ASSET AND REQUEST TO THE CLERK TO
FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE**

**PLEASE TAKE NOTICE** that Don A. Beskrone, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned case (the "Case"), after due inquiry, having discovered assets, hereby gives notice that this Case is an asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate of the Debtor.

/s/ Don A. Beskrone
Don A. Beskrone, Esquire (DE No.4308)
Chapter 7 Panel Trustee
P. O. Box 272
Wilmington, DE  19899
(302) 654-1888

Dated: September 7, 2023

---

[1] The last four digits of Debtor's federal tax identification number are 2294. Debtor's mailing address is 1855 Satellite Blvd, Suite 100, Duluth, GA  30097.

{01937619;v1 }