**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**U.S. AUTO SALES, INC. D/B/A US AUTO SALES, ET AL.,** [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-11251 (TMH)<br><br>(Jointly Administered)<br><br>Re: Docket No. \_\_\_ |

## ORDER GRANTING MOTION OF ALLY BANK AND ALLY FINANCIAL INC. FOR RELIEF FROM THE AUTOMATIC STAY

Upon the consideration of the *Motion of Ally Bank and Ally Financial, Inc. for Relief from the Automatic Stay* (the "Motion") for entry of an order granting the Ally Parties[2] relief from the automatic stay in the above-captioned chapter 11 cases under sections 362(d)(1) and 362(d)(2) of the Bankruptcy Code, as more fully set forth in the Motion, and the *Declaration of Todd Heney*; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 157(b)(2)(G); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: U.S. Auto Sales, Inc. (2294), U.S. Auto Finance, Inc. (9544), U.S. Auto Receivables Financing, LLC (2297), USASF, LLC (8885), USASF National Corp. (4652) and USASF Servicing, LLC (5315).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is GRANTED as set forth herein.

2. Any objections to the Motion not resolved or otherwise withdrawn are OVERRULED.

3. The automatic stay imposed in these chapter 7 cases by section 362(a) of the Bankruptcy Code, to the extent applicable, is hereby modified to allow the Ally Parties to pursue all of their rights and remedies under the Financing Agreement and applicable law with respect to the proceeds of their Collateral, including, without limitation, the Repossessed Vehicles, not yet applied to obligations owed under the Financing Agreement and with respect to all of the Remaining Vehicles and the proceeds of their disposition, as detailed in the Motion and as set forth on the schedule attached hereto as **Exhibit 1**, including without limitation:

   a. taking all steps necessary to transfer title of each of the Remaining Vehicles to the name of either of the Ally Parties;

   b. taking all steps necessary to deliver clean title and providing consent to auction the Remaining Vehicles or sell them on at auction;

   c. selling the Remaining Vehicles and transferring titles in accordance with the Ally Parties' customary practices;

   d. obtaining net sales proceeds from the auction houses or purchasers of the Remaining Vehicles; and

        e.        applying net sales proceeds of any Repossessed Vehicles (including without limitation the Remaining Vehicles) to outstanding amounts under the Financing Agreement, including all insurance, interest, costs, expenses, and attorneys' fees due thereunder.

    4.    The relief granted to the Ally Parties herein is subject to the Trustee's express reservation of all rights, arguments and defenses regarding the Ally Parties, including the right to (a) seek and obtain an accounting of the Obligations and challenge the amount and calculation of the claims asserted by the Ally Parties, (b) challenge the validity, priority or extent of any lien or security interest asserted by the Ally Parties, seek to avoid any lien or security interest asserted by the Ally Parties, seek the avoidance and recovery of any transfer made to or for the benefit of the Ally Parties, and seek any remedy, including disgorgement, in connection with any successful challenge, and (c) receive any proceeds of the Remaining Vehicles that exceed the amount of the Obligations owed to the Ally Parties.

    5.    Notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, the relief from the automatic stay shall be effective immediately upon entry of this Order and the 14-day stay provided in Bankruptcy Rule 6004(h) shall not apply.

    6.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# EXHIBIT 1

**Schedule of Remaining Vehicles**

| Year | Make | Model | VIN | Last_Six | Mileage |
|---|---|---|---|---|---|
| 2013 | MITSUBISHI | OUTLAND SPT | JA4AP3AU8JU001971 | 1971 | . |
| 2014 | MITSUBISHI | OUTLAND SPT FWD | JA4AP4AW7GZ050226 | 50226 | 94,278 |
| 2013 | TOYOTA | COROLLA | 2T1BPRHE2EC111185 | 111185 | 109,786 |
| 2015 | FORD | FUSION | 3FA6P0HD0HR118807 | 118807 | 74,786 |
| 2013 | CHEVROLET | MALIBU | 1G11D5RR1DF119355 | 119355 | 117,273 |
| 2013 | FORD | TAURUS | 1FAHP2E81EG124985 | 124985 | . |
| 2014 | DODGE | JOURNEY | 3C4PDCAB6GT138997 | 138997 | . |
| 2015 | TOYOTA | COROLLA | 5YFEPRAE6LP143027 | 143027 | 48,732 |
| 2018 | CHRYSLER | 200 LX | 1C3CCBAB3CN154410 | 154410 | 105,952 |
| 2017 | CADILLAC | ATS | 1G6AB5SA4D0155113 | 155113 | 130,370 |
| 2014 | NISSAN | ROGUE SELECT | JN8AS5MT9FW157603 | 157603 | 89,962 |
| 2015 | HYUNDAI | SANTA FE SPORT | 5XYZU3LB7EG225494 | 225494 | 82,956 |
| 2013 | FORD | FUSION FWD 4 | 3FAHP0GAXCR229065 | 229065 | . |
| 2009 | CHEVROLET | IMPALA | 2G1WC57M891247624 | 247624 | 222,171 |
| 2013 | DODGE | GRAND CARAVAN | 2C4RDGBG6CR268673 | 268673 | 102,140 |
| 2013 | DODGE | JOURNEY | 3C4PDCAB1JT276969 | 276969 | 102,108 |
| 2016 | JEEP | PATRIOT | 1C4NJPBA0FD314086 | 314086 | 98,636 |
| 2016 | CHEVROLET | MALIBU | 1G1ZE5ST8GF314394 | 314394 | 120,923 |
| 2014 | FORD | FOCUS | 1FADP3E21JL330597 | 330597 | 98,295 |
| 2017 | GMC | SIERRA 1500 | 2GTEK13TX51333734 | 333734 | 185,269 |
| 2017 | VOLKSWAGEN | JETTA | 3VW267AJ2GM398906 | 398906 | 91,251 |
| 2016 | CHRYSLER | 200 C | 1C3CCCG5FN517079 | 517079 | 113,406 |
| 2013 | DODGE | JOURNEY FWD V6 | 3C4PDCDG7FT517898 | 517898 | 108,173 |
| 2015 | CHEVROLET | CAPT SPT | 3GNAL3EK2DS556582 | 556582 | 96,842 |
| 2013 | VOLKSWAGEN | TIGUAN | WVGAV3AX2EW557804 | 557804 | 93,248 |
| 2015 | CHRYSLER | TOWN & COUNTRY | 2C4RC1BG5DR558520 | 558520 | 135,124 |
| 2014 | VOLKSWAGEN | TIGUAN FWD | WVGAV3AX2EW564106 | 564106 | 104,550 |
| 2014 | HYUNDAI | SONATA | 5NPE24AF6HH567919 | 567919 | 97,813 |
| 2013 | JEEP | PATRIOT | 1C4NJPBAXGD629379 | 629379 | . |
| 2014 | JEEP | PATRIOT | 1C4NJPBA7ED674664 | 674664 | . |
| 2016 | DODGE | JOURNEY | 3C4PDCBG2FT682356 | 682356 | 124,101 |
| 2015 | CHEVROLET | SPARK | KL8CB6S97FC707960 | 707960 | 80,100 |
| 2016 | DODGE | AVENGER | 1C3CDZAB0DN710504 | 710504 | 96,877 |
| 2015 | CHRYSLER | 200 | 1C3CCCAG2FN758732 | 758732 | . |
| 2013 | KIA | SOUL | KNDJN2A21G7844633 | 844633 | 91,962 |
| 2014 | HYUNDAI | TUCSON | KM8JU3AG3EU899082 | 899082 | 87,999 |
| 2012 | FORD | ESCAPE 4X4 4C | 1FMCU9GX8FUB64019 | B64019 | . |
| 2019 | FORD | EXPLORER | 1FM5K7F90DGC38910 | C38910 | 112,585 |

Ally Proprietary

| Year | Make | Model | VIN | Last_Six | Mileage |
|---|---|---|---|---|---|
| 2016 | VOLKSWAGEN | PASSAT 5C | 1VWBP7A33CC004114 | 4114 | 90,218 |
| 2008 | HONDA | PILOT | 5FNYF18544B004776 | 4776 | 197,198 |
| 2011 | MITSUBISHI | ECLIPSE | 4A31K5DF9CE005566 | 5566 | 93,009 |
| 2012 | ACURA | RDX | 5J8TB3H57DL007154 | 7154 | 99,829 |
| 2013 | MITSUBISHI | OUTLAND SPT 4X4 | 4A4AR3AUXFE008303 | 8303 | 72,741 |
| 2014 | MITSUBISHI | MIRAGE | ML32A3HJ3JH010001 | 10001 | 82,338 |
| 2015 | KIA | SOUL | KNDJP3A5XK7012842 | 12842 | 95,437 |
| 2015 | VOLKSWAGEN | PASSAT 5C | 1VWBH7A35DC013850 | 13850 | 76,398 |
| 2015 | KIA | SORENTO FWD V6 | 5XYPG4A52GG018919 | 18919 | 96,659 |
| 2015 | NISSAN | ROGUE FWD 4C | JN8AT2MT0GW022796 | 22796 | 82,711 |
| 2015 | SUBARU | IMPREZA | JF1GJAA66EH024614 | 24614 | 65,474 |
| 2015 | VOLKSWAGEN | PASSAT 5C | 1VWAP7A30EC024870 | 24870 | 103,725 |
| 2015 | HYUNDAI | ELANTRA SE | 5NPD84LF8HH036969 | 36969 | 76,080 |
| 2013 | KIA | FORTE | 3KPFK4A73HE044746 | 44746 | 111,253 |
| 2017 | KIA | FORTE EX | KNAFX4A82E5046843 | 46843 | 123,499 |
| 2013 | HONDA | FIT | JHMGE8H37DC051723 | 51723 | 92,660 |
| 2015 | MERCEDES | GLC300W4 | WDC0G4KB7GF056097 | 56097 | 108,476 |
| 2015 | KIA | SPORTAGE | KNDPM3AC0H7078021 | 78021 | 120,282 |
| 2014 | KIA | FORTE | KNAFX4A65E5080354 | 80354 | 96,305 |
| 2017 | HONDA | CIVIC | 19XFB2F55DE080752 | 80752 | 106,982 |
| 2016 | TOYOTA | C-HR | NMTKHMBXXKR095961 | 95961 | 49,155 |
| 2015 | CHEVROLET | IMPALA | 2G1WF55K019101829 | 101829 | . |
| 2017 | CHEVROLET | CRUZE | 1G1BJ5SM9K7102578 | 102578 | 127,985 |
| 2017 | GMC | TERRAIN | 2GKFLWEK7E6103160 | 103160 | 86,696 |
| 2017 | BUICK | VERANO | 1G4PS5SK4D4104666 | 104666 | 106,709 |
| 2012 | FORD | FUSION FWD 4C | 1FA6P0HD0G5104875 | 104875 | 101,165 |
| 2016 | CHRYSLER | 300 | 2C3CCAAG5CH104915 | 104915 | 149,299 |
| 2018 | JEEP | LIBERTY | 1J4GK48K86W108565 | 108565 | 222,913 |
| 2014 | HYUNDAI | TUCSON FWD 4C | KM8J33A42GU109895 | 109895 | 108,643 |
| 2015 | CHRYSLER | ASPEN | 1A8HW58218F113977 | 113977 | 201,935 |
| 2003 | JEEP | PATRIOT FWD 4C | 1C4NJPFA0HD117187 | 117187 | 89,048 |
| 2014 | TOYOTA | COROLLA | JTDEPMAE7MJ118145 | 118145 | 90,455 |
| 2013 | OLDSMOBILE | INTRIGUE GX | 1G3WH52H2YF119101 | 119101 | 121,920 |
| 2014 | CHEVROLET | SONIC PREMIER | 1G1JF5SB6H4125306 | 125306 | 82,618 |
| 2013 | JEEP | COMPASS FWD 4C | 1C4NJCEA2HD125785 | 125785 | 96,920 |
| 2015 | HONDA | ACCORD SEDAN | 1HGCV1F59JA126569 | 126569 | 48,421 |
| 2013 | DODGE | JOURNEY FWD V6 | 3C4PDCBG0GT126600 | 126600 | 99,595 |
| 2014 | CHEVROLET | EQUINOX LS | 2GNALBEK1D1130856 | 130856 | 103,134 |
| 2016 | GMC | TERRAIN | 2GKALREK2E6131749 | 131749 | 104,852 |
| 2014 | FORD | TAURUS | 1FAHP2E84FG138784 | 138784 | 111,061 |
| 2014 | CHEVROLET | MALIBU | 1G1ZB5ST2HF144267 | 144267 | 90,879 |
| 2016 | CHEVROLET | TRAX | 3GNCJLSB6GL145848 | 145848 | 87,172 |
| 2013 | CHEVROLET | TRAVERSE FWD | 1GNKRGKD9EJ145991 | 145991 | 107,403 |
| 2014 | CADILLAC | CTS | 1G6DP577560146256 | 146256 | 330,613 |
| 2014 | HONDA | ACCORD | 1HGCP2E36BA146960 | 146960 | 115,363 |
| 2015 | FORD | FOCUS | 1FADP3K22DL149422 | 149422 | 116,638 |
| 2015 | HYUNDAI | ELANTRA | 5NPD84LF7HH149795 | 149795 | 77,282 |

Ally Proprietary

| Year | Make | Model | VIN | Last6 | Miles |
|---|---|---|---|---|---|
| 2015 | TOYOTA | COROLLA | 5YFBU4EE8DP149860 | 149860 | 125,564 |
| 2014 | NISSAN | ALTIMA 4C | 1N4AL3AP6FC149969 | 149969 | . |
| 2014 | VOLKSWAGEN | JETTA SEDAN | 3VWEF71K57M150252 | 150252 | 231,592 |
| 2014 | CADILLAC | ATS | 1G6AA5RA4D0152625 | 152625 | 73,870 |
| 2013 | CHEVROLET | EQUINOX | 2GNALCEK2F6153641 | 153641 | 119,523 |
| 2006 | KIA | SOUL | KNDJP3A53F7154164 | 154164 | 105,207 |
| 2019 | HYUNDAI | SANTA FE XL FWD | KM8SM4HF1GU154390 | 154390 | 86,824 |
| 2017 | CHRYSLER | TOWN & COUN | 2C4RC1BG2ER159405 | 159405 | 97,944 |
| 2017 | JEEP | PATRIOT | 1C4NJPFA5HD161251 | 161251 | 91,101 |
| 2016 | HYUNDAI | ACCENT | KMHCT5AE9EU161681 | 161681 | 102,467 |
| 2000 | DODGE | JOURNEY | 3C4PDCAB4GT162621 | 162621 | 108,924 |
| 2006 | CHEVROLET | MALIBU | 1G1ZC5ST5HF163313 | 163313 | 131,120 |
| 2015 | FORD | FIESTA | 3FADP4EJ6FM166671 | 166671 | 79,682 |
| 2013 | FORD | FUSION FWD 4C | 3FA6P0H94ER167323 | 167323 | 82,393 |
| 2013 | DODGE | DART | 1C3CDFBB1FD172904 | 172904 | 72,476 |
| 2013 | HYUNDAI | VELOSTER | KMHTC6AE3DU172938 | 172938 | 112,308 |
| 2006 | CHRYSLER | 200 | 1C3CCBBG2EN179067 | 179067 | 65,263 |
| 2015 | CHEVROLET | CAMARO V6 | 1G1FB1RS1J0179609 | 179609 | 61,138 |
| 2013 | CHEVROLET | MALIBU | 1G11C5SL9EF184352 | 184352 | 139,721 |
| 2004 | NISSAN | ROGUE SPORT FWD | JN1BJ1CP0JW185642 | 185642 | 90,168 |
| 2014 | BUICK | REGAL | 2G4GP5EX5E9186169 | 186169 | 110,251 |
| 2011 | BUICK | VERANO ENIENCE | 1G4PR5SK0F4190962 | 190962 | 100,852 |
| 2018 | FORD | TAURUS FWD V6 | 1FAHP2E8XDG197366 | 197366 | 132,917 |
| 2006 | HYUNDAI | VERACRUZ | KM8NU4CC8CU198892 | 198892 | 73,165 |
| 2011 | JEEP | PATRIOT SPORT | 1C4NJPBA7HD201237 | 201237 | 107,506 |
| 2013 | KIA | SOUL | KNDJP3A55F7201369 | 201369 | 97,430 |
| 2014 | CHEVROLET | COLORADO 4X2 EX | 1GCHSAEA9F1203895 | 203895 | 141,351 |
| 2008 | CHEVROLET | TAHOE | 1GNEC13Z34R203941 | 203941 | 306,658 |
| 2015 | JEEP | COMPASS 4X4 4C | 1C4NJDEB7DD205012 | 205012 | 89,941 |
| 2017 | CHEVROLET | TRAX | 3GNCJKSBXGL205172 | 205172 | 35,402 |
| 2013 | JEEP | LIBERTY | 1C4PJMAK5CW205348 | 205348 | 153,468 |
| 2017 | BUICK | ENCLAVE | 5GAKRCKD9DJ206015 | 206015 | 98,849 |
| 2015 | HONDA | CIVIC SEDAN | 19XFC2F74GE207008 | 207008 | 114,663 |
| 2015 | BUICK | REGAL | 2G4GK5EXXG9207857 | 207857 | 96,535 |
| 2014 | KIA | FORTE | KNAFX6A86E5209022 | 209022 | 115,442 |
| 2013 | KIA | RIO | KNADM4A35D6210972 | 210972 | 61,812 |
| 2012 | KIA | SOUL | KNDJN2A26F7213035 | 213035 | 119,203 |
| 2012 | GMC | ACADIA | 1GKKRRKD7DJ215477 | 215477 | 213,215 |
| 2021 | KIA | OPTIMA | 5XXGR4A67DG215703 | 215703 | 106,496 |
| 2014 | CHEVROLET | MALIBU | 1G11C5SL1EF215724 | 215724 | 88,401 |
| 2013 | BUICK | LUCERNE | 1G4HD57246U216247 | 216247 | 246,430 |
| 2015 | FORD | FIESTA SE | 3FADP4BJ3DM217951 | 217951 | 61,740 |
| 2012 | CHEVROLET | CRUZE | 1G1PC5SB1E7227741 | 227741 | 11,804 |
| 2016 | HYUNDAI | SONATA | 5NPE24AF7FH228051 | 228051 | 108,590 |
| 2016 | GMC | TERRAIN FWD 4C | 2GKALMEK6C6228274 | 228274 | 187,175 |
| 2015 | NISSAN | ALTIMA 4C | 1N4AL21E28C228809 | 228809 | 151,720 |
| 2016 | CHEVROLET | EQUINOX AWD 4C | 2GNFLCEK1D6229238 | 229238 | 108,879 |
| 2008 | NISSAN | JUKE SV | JN8AF5MV4DT230932 | 230932 | 106,385 |
| 2005 | NISSAN | SENTRA | 3N1AB7AP6KY231922 | 231922 | 92,777 |
| 2013 | DODGE | GRAND CARAVAN | 2D4GP44L85R240449 | 240449 | 162,606 |
| 2014 | BUICK | REGAL PRM 1 | 2G4GS5EV2D9242581 | 242581 | 89,168 |

Ally Proprietary

| Year | Make | Model | VIN | Last6 | Miles |
|---|---|---|---|---|---|
| 2003 | HYUNDAI | ELANTRA GT | KMHD35LH1FU245278 | 245278 | 90,770 |
| 2003 | HYUNDAI | ELANTRA GT | KMHD35LH1FU247161 | 247161 | 103,720 |
| 2001 | DODGE | JOURNEY FWD V6 | 3C4PDCBG5ET250570 | 250570 | 138,486 |
| 2016 | VOLKSWAGEN | JETTA 4C | 3VW637AJ0DM251652 | 251652 | 95,357 |
| 2014 | CHEVROLET | MALIBU | 1G11C5SLXEF258040 | 258040 | 102,457 |
| 2012 | KIA | SPORTAGE FWD 4C | KNDPC3A24C7269590 | 269590 | 111,660 |
| 2014 | GMC | SIERRA 1500 SLE | 3GTP1VEA3DG270738 | 270738 | 185,162 |
| 2014 | VOLKSWAGEN | JETTA | 3VWD17AJ2FM276830 | 276830 | 87,271 |
| 2015 | NISSAN | SENTRA | 3N1AB7AP5KY283994 | 283994 | 75,064 |
| 2017 | KIA | FORTE | KNAFW6A33A5292782 | 292782 | 153,069 |
| 2013 | CHEVROLET | EQUINOX | 2CNDL63F086296860 | 296860 | 170,676 |
| 2005 | FORD | FUSION | 3FA6P0HR0DR301632 | 301632 | 86,917 |
| 2013 | FORD | ECOSPORT | MAJ6S3KL0KC302232 | 302232 | 58,871 |
| 2014 | VOLKSWAGEN | JETTA | 3VW2B7AJ4HM302903 | 302903 | 84,747 |
| 2014 | FORD | FUSION | 3FA6P0H78FR303887 | 303887 | 117,925 |
| 2018 | HYUNDAI | ELANTRA | 5NPDH4AE3DH305707 | 305707 | 114,386 |
| 2016 | KIA | SORENTO FWD 4C | 5XYKT3A67DG312708 | 312708 | 68,453 |
| 2015 | NISSAN | ALTIMA | 1N4AL3AP1HN315659 | 315659 | 150,206 |
| 2014 | FORD | FUSION | 3FAHP0JG1BR317224 | 317224 | 208,531 |
| 2015 | NISSAN | SENTRA | 3N1AB7AP0FY318592 | 318592 | 121,095 |
| 2013 | VOLKSWAGEN | JETTA | 3VW2K7AJXFM322229 | 322229 | 78,277 |
| 2015 | DODGE | GRAND CARAVAN | 2C4RDGCGXGR325638 | 325638 | 88,107 |
| 2014 | MAZDA | MAZDA3 SEDAN | JM1BPAA75M1326155 | 326155 | 14,048 |
| 2015 | HYUNDAI | ELANTRA | 5NPDH4AEXDH328062 | 328062 | 101,088 |
| 2013 | FORD | FOCUS | 1FADP3K23FL336574 | 336574 | 90,016 |
| 2013 | KIA | FORTE | KNAFK4A69F5344160 | 344160 | 72,847 |
| 2015 | NISSAN | SENTRA | 3N1AB7AP3JY344872 | 344872 | 86,808 |
| 2012 | FORD | FOCUS | 1FADP3E22EL345549 | 345549 | 62,376 |
| 2012 | DODGE | GRAND CARAVAN | 2C4RDGBG6GR347170 | 347170 | 181,820 |
| 2011 | NISSAN | SENTRA | 3N1AB7AP8KY347607 | 347607 | 56,849 |
| 2013 | JEEP | PATRIOT FWD 4C | 1C4NJPBBXFD349114 | 349114 | 69,559 |
| 2016 | NISSAN | ALTIMA 2.5 S | 1N4AL3AP4HN349532 | 349532 | 129,141 |
| 2016 | JEEP | PATRIOT | 1C4NJPBA6FD350218 | 350218 | 116,484 |
| 2013 | VOLKSWAGEN | JETTA SE | 3VWDX7AJ9DM353897 | 353897 | 83,926 |
| 2013 | VOLKSWAGEN | JETTA | 3VW2K7AJXDM354420 | 354420 | 98,996 |
| 2013 | FORD | FUSION | 3FAHP0JA8CR363467 | 363467 | 63,904 |
| 2017 | HYUNDAI | ELANTRA GT | KMHD35LHXHU364658 | 364658 | 90,221 |
| 2013 | NISSAN | VERSA NOTE | 3N1CE2CP3HL372890 | 372890 | 75,310 |
| 2008 | NISSAN | VERSA NOTE | 3N1CE2CP4GL381256 | 381256 | 90,221 |
| 2015 | NISSAN | SENTRA | 3N1AB7AP0HY386703 | 386703 | 75,475 |
| 2018 | DODGE | GRAND CARAVAN | 2C4RDGBG7GR399620 | 399620 | 107,232 |
| 2019 | NISSAN | VERSA NOTE | 3N1CE2CP5EL403780 | 403780 | 109,953 |
| 2019 | HYUNDAI | ELANTRA GLS | 5NPDH4AE3DH407511 | 407511 | 99,025 |
| 2019 | NISSAN | SENTRA | 3N1AB7APXHY408819 | 408819 | . |
| 2017 | KIA | FORTE | KNAFK4A67F5409412 | 409412 | 57,510 |
| 2017 | DODGE | DART | 1C3CDFBB9FD410708 | 410708 | 88,027 |
| 2016 | FORD | MUSTANG | 1FAFP44493F411107 | 411107 | 147,822 |
| 2014 | NISSAN | MURANO | JN8AZ1MU2EW419960 | 419960 | 107,094 |
| 2017 | VOLKSWAGEN | GLI | 3VW4A7AJXDM423330 | 423330 | 128,324 |
| 2016 | KIA | SORENTO FWD 4C | 5XYKT4A64EG423885 | 423885 | 98,054 |
| 2017 | VOLKSWAGEN | JETTA 4C | 3VWD17AJ1EM425033 | 425033 | 132,157 |

Ally Proprietary

Ally Proprietary

| Year | Make | Model | VIN | Last 6 | Miles |
|---|---|---|---|---|---|
| 2013 | MAZDA | CX-9 | JM3TB2DA4E0434376 | 434376 | 142,361 |
| 2015 | KIA | SPORTAGE | KNDPC3A27D7440723 | 440723 | 158,098 |
| 2013 | HYUNDAI | SANTA FE SPORT | 5XYZTDLB3HG442165 | 442165 | 100,367 |
| 2013 | CHEVROLET | SPARK | KL8CB6S97EC442455 | 442455 | 81,929 |
| 2014 | NISSAN | ALTIMA 4C | 1N4AL3AP3DN447428 | 447428 | 113,142 |
| 2015 | KIA | FORTE | KNAFZ4A84G5451342 | 451342 | 89,576 |
| 2013 | KIA | SORENTO FWD V6 | 5XYKT4A72EG462399 | 462399 | 118,795 |
| 2007 | NISSAN | MAXIMA | 1N4AA5AP2EC467507 | 467507 | 172,304 |
| 2012 | HYUNDAI | SONATA | 5NPE24AF4HH469374 | 469374 | 103,699 |
| 2015 | KIA | SOUL | KNDJP3A59H7476102 | 476102 | 117,849 |
| 2004 | KIA | OPTIMA | 5XXGM4A78FG477871 | 477871 | 144,968 |
| 2013 | HYUNDAI | SONATA | 5NPE24AFXHH479472 | 479472 | 122,251 |
| 2013 | HYUNDAI | ELANTRA | KMHDH4AEXGU479523 | 479523 | 115,373 |
| 2015 | KIA | OPTIMA | 5XXGM4A71FG485553 | 485553 | 154,279 |
| 2014 | NISSAN | ALTIMA 4C | 1N4AL3AP9FC496549 | 496549 | 164,559 |
| 2015 | KIA | SOUL | KNDJP3A56H7500338 | 500338 | 103,657 |
| 2017 | JEEP | GRAND CHEROKEE | 1J4RS4GGXBC500593 | 500593 | 213,123 |
| 2017 | CHEVROLET | CAPTIVA LT | 3GNFL3EK2DS506688 | 506688 | 85,839 |
| 2013 | DODGE | AVENGER | 1B3BD4FB3BN514865 | 514865 | 188,524 |
| 2013 | CHRYSLER | 200 | 1C3CCCBG3FN514960 | 514960 | 88,593 |
| 2017 | CHEVROLET | CAPT SPT | 3GNFL4EK9DS527561 | 527561 | 68,710 |
| 2017 | VOLKSWAGEN | TIGUAN FWD | WVGAV7AX1AW533477 | 533477 | 188,317 |
| 2015 | CHRYSLER | 300 4X2 V6 | 2C3CCABG8MH537175 | 537175 | 50,794 |
| 2017 | DODGE | GRAND CARAVAN | 2C4RDGBG4FR542537 | 542537 | 102,596 |
| 2015 | CHEVROLET | SPARK | KL8CD6S94DC549942 | 549942 | 106,519 |
| 2015 | KIA | SOUL | KNDJP3A50J7554692 | 554692 | 98,050 |
| 2013 | VOLKSWAGEN | TIGUAN FWD | WVGAV7AX3DW556456 | 556456 | 131,385 |
| 2016 | BMW | 335I | WBAPM5C52BE578756 | 578756 | 98,991 |
| 2017 | KIA | SPORTAGE | KNDPC3AC0E7582633 | 582633 | 105,151 |
| 2014 | CHEVROLET | EQUINOX | 2GNALCEK6H1590591 | 590591 | 139,324 |
| 2013 | JEEP | CHEROKEE FWD 4C | 1C4PJLAB7HW592275 | 592275 | 47,662 |
| 2019 | KIA | SORENTO LX | 5XYKT4A63FG594130 | 594130 | 96,572 |
| 2020 | CHEVROLET | TRAX | KL7CJNSB2GB599792 | 599792 | 105,799 |
| 2018 | LINCOLN | MKS | 1LNHL9DK8DG600610 | 600610 | 103,802 |
| 2016 | NISSAN | ARMADA | 5N1BA0NF3FN601624 | 601624 | 104,725 |
| 2014 | KIA | SORENTO | 5XYKT3A63FG608036 | 608036 | 104,005 |
| 2013 | DODGE | GRAND CARAVAN | 2C4RDGCG7DR611068 | 611068 | 86,742 |
| 2021 | BUICK | ENCORE | KL4CJCSBXEB622895 | 622895 | 111,112 |
| 2014 | DODGE | GRAND CARAVAN | 2C4RDGCG4FR623990 | 623990 | 89,231 |
| 2018 | DODGE | GRAND CARAVAN | 2C4RDGBG4FR624221 | 624221 | 114,157 |
| 2015 | CHRYSLER | 200 | 1C3CCBBB1DN639578 | 639578 | 104,370 |
| 2016 | JEEP | COMPASS | 1C4NJCEA9ED643789 | 643789 | 155,749 |
| 2014 | CHRYSLER | 200 | 1C3CCCAB7FN660610 | 660610 | 92,502 |
| 2021 | NISSAN | SENTRA | 3N1AB61E48L662712 | 662712 | 145,796 |
| 2014 | DODGE | JOURNEY | 3C4PDCDG2DT685039 | 685039 | 83,574 |
| 2015 | KIA | SPORTAGE | KNDPB3AC1F7688237 | 688237 | 107,066 |
| 2017 | HONDA | CR-V | 3CZRM3H34EG704405 | 704405 | 97,401 |
| 2013 | NISSAN | PATHFIND FWD V6 | 5N1AR2MN9FC707211 | 707211 | 100,517 |
| 2014 | KIA | FORTE | KNAFU4A29D5715743 | 715743 | 83,773 |
| 2014 | CHRYSLER | 200 FWD 4C | 1C3CCBB4FN717165 | 717165 | 99,595 |
| 2012 | KIA | FORTE | KNAFT4A2XD5721358 | 721358 | 80,820 |

Ally Proprietary

Ally Proprietary

| Year | Make | Model | VIN | Stock | Miles |
|---|---|---|---|---|---|
| 2016 | DODGE | JOURNEY FWD V6 | 3C4PDCBG6FT742607 | 742607 | 106,192 |
| 2014 | CHEVROLET | COBALT LS | 1G1AK55F667763271 | 763271 | 224,560 |
| 2015 | HYUNDAI | ELANTRA | 5NPDH4AE6GH770986 | 770986 | 99,542 |
| 2015 | CHEVROLET | SPARK | KL8CB6SA6HC772277 | 772277 | 87,671 |
| 2017 | CHEVROLET | SPARK | KL8CD6S97FC783642 | 783642 | 55,134 |
| 2016 | LINCOLN | MKZ FWD 4C | 3LN6L2LU8DR823160 | 823160 | 99,619 |
| 2013 | NISSAN | ROGUE | 5N1AT2MT3EC824653 | 824653 | 88,725 |
| 2013 | KIA | SORENTO LX | KNDJD735985824988 | 824988 | 166,275 |
| 2015 | NISSAN | VERSA | 3N1CN7APXHL826326 | 826326 | 94,594 |
| 2015 | KIA | SPORTAGE FWD 4C | KNDPB3AC5G7838822 | 838822 | 108,492 |
| 2013 | TOYOTA | COROLLA | 5YFBURHE3KP874319 | 874319 | 66,746 |
| 2010 | NISSAN | ALTIMA 4C | 1N4AL3AP1FN881382 | 881382 | 129,468 |
| 2014 | HYUNDAI | TUCSON | KM8JT3AF6EU885638 | 885638 | 96,660 |
| 2014 | HYUNDAI | ACCENT | KMHCT4AE2FU888592 | 888592 | 96,865 |
| 2016 | FORD | ESCAPE FWD 4C | 1FMCU0GX0EUA04484 | A04484 | 117,193 |
| 2008 | FORD | ESCAPE FWD 4C | 1FMCU0G98DUA04670 | A04670 | 108,029 |
| 2016 | FORD | EXPLORER | 1FM5K7D87DGA06105 | A06105 | 102,951 |
| 2015 | FORD | ESCAPE FWD 4C | 1FMCU0G93EUA14749 | A14749 | 106,596 |
| 2018 | FORD | WINDSTAR | 2FMZA514X3BA37218 | A37218 | 120,470 |
| 2015 | FORD | ESCAPE FWD 4C | 1FMCU0G98FUA80327 | A80327 | 128,579 |
| 2015 | FORD | WINDSTAR VANS | 2FMZA50463BA89799 | A89799 | 206,807 |
| 2017 | FORD | ESCAPE | 1FMCU9JX9FUB00421 | B00421 | 100,123 |
| 2017 | JEEP | RENEGADE FWD 4C | ZACCJAAT2FPB22340 | B22340 | 102,958 |
| 2019 | FORD | ESCAPE FWD 4C | 1FMCU0GX7EUB29479 | B29479 | 65,122 |
| 2015 | JEEP | RENEGADE FWD 4C | ZACCJABTXFPB33066 | B33066 | 120,039 |
| 2016 | FORD | ESCAPE FWD 4C | 1FMCU0J95EUB57002 | B57002 | 140,549 |
| 2013 | FORD | ESCAPE FWD 4C | 1FMCU0GX1GUB71455 | B71455 | 92,020 |
| 2014 | FORD | ESCAPE FWD 4C | 1FMCU0GX4FUB97613 | B97613 | 125,522 |
| 2017 | FORD | ESCAPE FWD 4C | 1FMCU0GX7GUC29651 | C29651 | 142,915 |
| 2018 | FORD | ESCAPE | 1FMCU0GXXDUC78144 | C78144 | 101,982 |
| 2019 | FORD | ESCAPE FWD 4C | 1FMCU0GX4EUC94115 | C94115 | 108,236 |
| 2011 | FORD | EDGE AWD V6 | 2FMDK4JC6DBC94824 | C94824 | 106,356 |
| 2016 | FORD | FLEX FWD SUV | 2FMGK5C87EBD05424 | D05424 | 99,829 |
| 2014 | FORD | ESCAPE | 1FMCU9GX1EUD07598 | D07598 | 129,383 |
| 2014 | FORD | ESCAPE FWD 4C | 1FMCU0GX4EUD23242 | D23242 | 81,204 |
| 2010 | FORD | ESCAPE | 1FMCU0GX0DUD83002 | D83002 | 85,687 |
| 2013 | FORD | EXPEDITN EL 4X2 | 1FMJK1HT7FEF05561 | F05561 | 132,735 |
| 2015 | LINCOLN | MKX | 2LMDJ6JK4DBL16569 | L16569 | 90,735 |
| 2015 | LINCOLN | MKT AWD V6 | 2LMHJ5AT1EBL56839 | L56839 | 87,931 |

Ally Proprietary