## **EXHIBIT F**

**The Collateral Surrender Agreement**

## VOLUNTARY SURRENDER OF COLLATERAL AGREEMENT

U.S. Auto Sales, Inc. ("Dealership") is indebted to Ally Financial Inc. and Ally Bank (the "Ally Parties") and has pledged collateral under the Inventory Financing and Security Agreement dated October 15, 2020, as it may have been amended (the "IFSA") (the IFSA together with all other documents, certificates, and agreements relating to inventory financing, being the "Wholesale Documents").

Dealership desires to surrender immediate possession of all motor vehicles (collectively, the "Vehicles") and upon the Ally Parties' request will surrender all other assets pledged by the Dealership to the Ally Parties (together with the Vehicles, the "Collateral").

Dealership agrees to voluntarily surrender possession of the Vehicles to the Ally Parties. In this connection, Dealership authorizes and grants the Ally Parties the privilege to immediately hereafter enter upon all business premises of Dealership to take possession of and remove from those premises, any and all Vehicles, keys, certificates of title, books and records, and other documents relating to the Vehicles in which the Ally Parties hold or claim a security interest.

Dealership hereby duly appoints each of the Ally Parties, each acting alone, by and through any of its respective officers and employees, as the Dealership's true and lawful Attorney-in-Fact and Dealership hereby authorizes and empowers each of the Ally Parties to act for, in the name of, and on behalf of the Dealership, as if fully done by the Dealership, and to sign, endorse, execute, negotiate, compromise, settle, complete, and deliver on behalf of Dealership any and all documents or instruments necessary or appropriate in connection with the sale or other disposition or realization of the Vehicles and other Collateral, including, without limitation: (1) checks, drafts, certificates of deposit, credit vouchers, or other mediums of payment, insurance claims, proofs of loss, instruments or documents relating to the Collateral or any proceeds of the Collateral; and (2) manufacturer certificates of origin, invoices, bills of sale, certificates of title, applications, and any other instruments or documents pertaining to title or ownership or the transfer thereof of any Collateral.  This Power of Attorney is coupled with an interest.

Dealership respectively, expressly and affirmatively waives and releases each of the Ally Parties and all of their respective directors, officers, agents, employees, and direct and indirect subsidiaries, owners, and affiliates (collectively, "Ally Released Parties") from any and all past and present claims, defenses, causes of action, or damages arising from any and all dealings or relationships involving any of the Ally Released Parties on one hand and Dealership on the other hand.

The Ally Parties not waive or relinquish any rights, remedies, or benefits conferred upon them pursuant to the Wholesale Documents, or applicable law.  The Dealership authorizes the Ally Parties to immediately liquidate the surrendered Collateral and apply the proceeds to amounts owed by the Dealership as outlined in the Wholesale Documents.  This liquidation and application may occur with or without default.  This surrender of collateral does not constitute a strict foreclosure.

1

This agreement is effective as of April 20, 2023. Any electronically placed or delivered signature will constitute and be deemed an original signature for all purposes.

**U.S. Auto Sales, Inc.**

_____
(Signature)

By (print): _Robert Anderson_

Title: _CFO_

Date: _4/22/23_