# SIGN-IN SHEET

**CASE NAME:** U.S. Auto Sales
**CASE NO:** 23-11251

**COURTROOM LOCATION:** 4
**DATE:** 10/23/2023 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brett D. Fallon / Ben Keenan | Faegre Drinker Biddle & Reath / ASK & Codes | Ally Bank and Ally Financial, Inc. / Investor |
|  |  |  |
|  |  |  |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

## U.S. Auto Sales - Case No. 23-11251 - October 23, 2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Elena | Gonzalez | Consumer Financial Protection Bureau | |
| David | Schilli | Ally Bank and Ally Financial, Inc. | Robinson Bradshaw |
| Lindsey | Siegel | Consumer Financial Protection Bureau | Consumer Financial Protection Bureau |
| Patricia | Adler | Ally Bank and Ally Financial, Inc. | Ally Bank |
| Intesar | Elder | Ally Bank and Ally, Financial, Inc. | Ally Bank |
| Michael | Keeler | Ally Bank and Ally Financial, inc. | Ally Bank |
| Stephen | Blank | Interested Party | Alston & Bird LLP |
| Aimee | Cummo | Interested Party | Alston & Bird LLP |