23-11251 TMH

## MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT

Date: 02/21/2022

| | |
|---|---|
| Buyer Name, Address & Phone: | DALECIA LAPORSHA BRUNSON  200 N BROOKS ST APT 2C KINGSTREE SC 29556 (843) 372-6590 |
| Co-Buyer Name, Address & Phone: | N/A |
| Co-Buyer Name, Address & Phone: | N/A |
| Co-Signer Name, Address & Phone: | N/A |
| Seller Name, Address & Phone: | U.S. Auto Sales, Inc.  1448 North Cashua Dr.   Florence SC 29501 (843)773-9980 |

RECEIVED
2023 OCT 24  AM 11: 02
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Buyer and any Co-Buyer is referred to as "I" or "me" or "my". The Seller is referred to as "you" or "your." This contract may be transferred by the Seller.

**PROMISE TO PAY:** By signing this contract, I choose to purchase the motor vehicle on credit according to the terms of this contract. The Federal Truth in Lending Disclosures set out below ("TILA Disclosures") are part of this contract. I agree to pay you the Amount Financed, Finance Charges, and any other charges in this contract in U.S. funds. I agree to make payments according to the Payment Schedule in the TILA Disclosures. If more than one person signs as a buyer, each agrees to keep all the promises in this contract even if the others do not. I have thoroughly inspected, accepted, and approved the motor vehicle in all respects.

### MOTOR VEHICLE IDENTIFICATION

| Stock No. | Year, Make, Model | Vehicle Identification Number | License Number (if applicable) | | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| 280925 | 2016 Jeep Patriot | 1C4NJPBA8GD736155 | | ☐ New ☐ Demonstrator ☐ Factory Official/Exec ☒ Used | ☒ Personal, Family, Household ☐ Business Or Commercial ☐ Agricultural |

Trade-in: Year N/A  Make_____ Model_____ VIN_____ License No._____

Trade-in: Year N/A  Make_____ Model_____ VIN_____ License No._____

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including down payment of $ 1,800.00 |
|---|---|---|---|---|
| 17.69 % | $ 13,402.96 | $ 20,899.00 | $ 34,301.96 | $ 36,101.96 |

**My Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 154 | $ 222.74 | BI-WEEKLY DUE EVERY OTHER THURSDAY BEGINNING 04/07/2022 |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |

**Security:** You will have a security interest in the motor vehicle being purchased.

**Late Charge:** ☒ If this box is checked and any part of my payment is more than 10 days late, you will charge me the maximum late fee permitted by law. Currently, that amount is the lesser of $21.00 or 5% of the amount that is delinquent, but will never be less than $8.40.

**Prepayment:** If I pay early, I will not have to pay a penalty.

**Additional Information:** I will refer to this document for information about nonpayment, default, security interests, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

(e) mean an estimate

### DEFERRED DOWNPAYMENTS

| Due Date | Amount | Due Date | Amount |
|---|---|---|---|
| 03/17/2022 | $ 475.00 | | $ N/A |
| 03/31/2022 | $ 475.00 | | $ N/A |
| | $ N/A | | $ N/A |
| | $ N/A | | $ N/A |

HC# 4842-1648-9234v11- 07/20
South Carolina Simple Interest

Page 1 of 6

Customer Initials ___
DealerSocket, Inc.

## Itemization of Amount Financed

| | | | |
|---|---|---|---|
| 1. | Cash Price (including any accessories, services and $ 0.00 sales tax and $ 0.00 closing fee) | | $ 19,850.00 (1) |

2. Downpayment

| | |
|---|---|
| Gross trade-in | $ 0.00 |
| - payoff by seller | $ 0.00 |
| = net trade-in | $ 0.00 |
| + Cash Downpayment | $ 850.00 |
| + Deferred Downpayment | $ 950.00 |
| + Manufacturer's Rebate | $ 0.00 |
| + other N/A | $ 0.00 |
| Total Downpayment (if negative, enter "0" and see Line 4.A. below) | $ 1,800.00 (2) |

3. Unpaid balance of cash price (1 minus 2)  $ 18,050.00 (3)

4. Other charges including amounts paid to others on my behalf (Seller may keep part of these amounts.):

| | | | |
|---|---|---|---|
| A. | Prior credit or lease balance paid to N/A | | $ 0.00 |
| B. | Cost of physical damage insurance paid to insurance company | | $ 0.00 |
| C. | Cost of optional coverages with physical damage insurance paid to insurance company | | $ 0.00 |
| D. | Cost of optional credit insurance paid to insurance company or companies | | $ 0.00 |
| | Credit Life N/A | $ 0.00 | |
| | Disability N/A | $ 0.00 | |
| E. | Other insurance paid to the insurance company | | $ 0.00 |
| F. | VSI insurance paid to the insurance company | | $ 0.00 |
| G. | Official fees paid to government agencies | | $ 0.00 |
| H. | Other government taxes | | $ 0.00 |
| I. | Government license and/or registration fees | | $ 40.00 |
| J. | Government certificate of title fee | | $ 15.00 |
| K. | Government vehicle inspection fees | | $ 0.00 |
| L. | Other charges (Seller must identify who is paid and describe purpose) | | |

| To | For | |
|---|---|---|
| Allied Solutions | GAP Waiver Contract | $ 799.00 |
| Department of Motor Vehicles | Infrastructure Maintenance Fee | $ 500.00 |
| N/A | N/A | $ 0.00 |
| Dealer Owned Warranty Com | Service Contract | $ 1,495.00 |
| N/A | N/A | $ 0.00 |
| N/A | N/A | $ 0.00 |
| N/A | N/A | $ 0.00 |
| N/A | N/A | $ 0.00 |
| N/A | N/A | $ 0.00 |
| N/A | N/A | $ 0.00 |
| N/A | N/A | $ 0.00 |
| N/A | N/A | $ 0.00 |

Total Other Charges and Amounts Paid To Others On My Behalf  $ 2,849.00 (4)

5. **Amount Financed (3 + 4)**  $ 20,899.00 (5)

OPTION TO AVOID FINANCE CHARGES: If I pay the Amount Financed, Item 5, above, on or before N/A , I will not pay any finance charges.

Seller Signs: _____

**Optional GAP Waiver (Debt Cancellation) Contract.** A GAP Waiver Contract is optional. My purchase of a GAP Waiver Contract is not required to obtain credit and will not be provided unless I sign below and agree to pay the extra charge. If I agree to buy a GAP Waiver Contract, the charge is shown in Line Item 4.L. of the Itemization of Amount Financed. My GAP Waiver Contract is a part of this Contract. I can see my GAP Waiver Contract for details on the protection it provides.

Term 72

I/We want to purchase the optional GAP Waiver Contract:
Buyer Signs: _____  Co-Buyer Signs: N/A _____

**Vendor's Single Interest Insurance (VSI):** ☐If the box is checked, you require VSI insurance to protect you against loss of or damage to the vehicle, concealment, confiscation, conversion, embezzlement, and skip. VSI insurance is for your sole protection. This insurance does not protect my interest in the vehicle. I may choose the insurance company through which the VSI insurance is obtained. If I purchase VSI insurance through you, the cost of this insurance is $ N/A and the term is N/A .



Daleeia Brunson
800 N Brooks st Apt 2c
Kingstree S.c. 29556

COLUMBIA SC 290

19 OCT 2023 PM 2 . L

United States Bankruptcy Court
Attn: Claims Dept
824 North Market St 3rd Floor
Wilminton, DE, 19801

19801-302499