UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                        :
                                                              :        Chapter 7
U.S. AUTO SALES, INC. D/B/A US AUTO                           :
SALES, et al.                                                 :        Case No. 23-11251 (TMH)
                                                              :        (Jointly Administered)
                                   Debtors.                   :
---------------------------------------------------------------x

**ORDER COMPELLING ABANDONMENT OF PERSONAL PROPERTY**

This matter is before the court on the Motion of Independence Shops, LLC for an Order Compelling Abandonment of Personal Property (the "Motion for Abandonment"). Having considered the pleadings, the court hereby ORDERS the following:

1. The Motion for Abandonment is GRANTED as set forth herein.

2. All personal property of the Debtor, other than the business records of the Debtor, located at 6018 East Independence Boulevard, Charlotte, NC (the "Premises"), is hereby deemed abandoned.

3. The Trustee shall promptly cause the removal of the business records located at the Premises.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

{00363851.1}