Case No. 23-11251 (TMH)

Clerk of the United States Bankruptcy Court,
District of Delaware
824 North Market Street
3rd Floor,
Wilmington, Delaware 19801



RECEIVED

2023 DEC 19  AM 11: 25

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

   This is a formal objection from Jeffrey Kennedy about the use of my retirement account funds. They are fully vested and owned by me. I worked for the company (US Auto Sales) for 14 years and <u>will not</u> be funding the attorneys with my personal account.

**<u>I 100% object to the use of my money. I will not be punished for the poor business practices of my previous employer.</u>**

Thank you for your time,
 Jeffrey Kennedy
  2311 Ridge Forest Drive
  Grayson, GA 30017

*Jeff Kennedy* (signature)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| U.S. AUTO SALES, INC. D/B/A US AUTO SALES, *et al.*[1] | ) Case No. 23-11251 (TMH) |
| | ) |
| Debtors. | ) |
| | ) Objections Due: December 14, 2023 at 4:00 p.m. (ET) |
| | ) Hearing Date: January 16, 2024 at 10:00 a.m. (ET) |

## NOTICE OF SUPPLEMENTAL APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 327 AND 328, FED. R. BANKR. P. 2014 AND 2016, AND LOCAL RULE 2014-1, AUTHORIZING THE EMPLOYMENT OF BEDERSON LLP, AS ACCOUNTANTS TO DON A. BESKRONE, CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO AUGUST 25, 2023

**PLEASE TAKE NOTICE** that, on November 30, 2023, Don A. Beskrone (the "Trustee"), Chapter 7 Trustee of U.S. Auto Sales, Inc. d/b/a U.S. Auto Sales, Inc., et al (the "Debtors") filed the *Supplemental Application for an Order Pursuant to 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1, Authorizing the Employment of Bederson LLP, as Accountants to Don A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc to August 25, 2023* (the "Supplemental Application") with the United States Bankruptcy Court for the District of Delaware. A copy of the Supplemental Application will be provided upon request.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Application must be (a) in writing and served on or before **December 14 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 16, 2024 at 10:00 a.m. (ET)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DE 19801.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: U.S. Auto Sales, Inc. (2294), U.S. Auto Finance, Inc. (9544), U.S. Auto Receivables Financing, LLC, (2297), USASF, LLC (8885), USASF National Corp. (4652) and USASF Servicing, LLC (5315).

{01953194;v2 }                                    4

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 30, 2023
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*

U.S. POSTAGE PAID
FCM LETTER
GAINESVILLE, GA 30501
DEC 08, 2023
$5.01
R2305K139862-4

Retail
ATLANTA GA
8 DEC PM
RDC 99
19801

7022 3330 0000 2862 0600

J.S.M.S.
X-RAY

Clerk of the United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd floor
Wilmington, Delaware 19801

19801-302499