RECEIVED

## United States Bankruptcy Court
### District Of Delaware 2024 JAN -2 AM II: 54

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Debtor**

| | | |
|---|---|---|
| U.S. Auto Sales | ) | **Case No.** 23-11251 |
| U.S. Auto Finance | ) | 23-11252 |
| U.S. Auto Receivables Finance | ) | 23-11253 |
| USASF LLC | ) | 23-11254 |
| USASF National Corp | ) | 23-11255 |
| USASF Servicing | ) | 23-11256 |
| | ) | |

### NOTICE FOR LATE CLAIM ACCEPTANCE

Claimant is Filing this notice of late claim acceptance with the district of

Delaware on 12/13/2023. Creditor / Claimant according to 15 USC 1602 (l)

"Credit card means ANY card, plate, coupon book or other credit device existing

for the purpose if obtaining money, property, labor, or services on credit". The

debtor is in bankruptcy due to the accounts from "creditor/claimants retail

installment contracts. In this envelope it includes each case claim and evidence

of a motor vehicle retail installment contract with truth and lending discloser

that stated the credit was provided from me or on my behalf , and not from any

entity of the debtor. We also had issues submitting the claim due to error issues

"internally" from the website after, Delaware Bankruptcy rep gave information

on the other claim numbers listed above.

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT

Date 06/05/2018

Buyer Name, AMBER LAKETRA HUDSON
Address & Phone 1906 VINEYARD WAY GAINESVILLE, GA 30504 (678) 541-1795
Co-Buyer Name,
Address & Phone N/A
Co-Buyer Name,
Address & Phone N/A
Co-Signer Name,
Address & Phone N/A
Seller Name, U.S. AUTO SALES, INC.
Address & Phone 2875 UNIVERSITY PKWY, LAWRENCEVILLE, GA 30043 (770) 962-9121

The Buyer is referred to as "I" or "me" or "my" The Seller is referred to as "you" or "your" This contract may be transferred by the Seller

**PROMISE TO PAY:** By signing this contract, I choose to purchase the motor vehicle on credit according to the terms of this contract. The Federal Truth in Lending Disclosures set out below ("TILA Disclosures") are part of this contract. I agree to pay you the Amount Financed, Finance Charges, and any other charges in this contract in U.S. funds. I agree to make payments according to the Payment Schedule in the TILA Disclosures. If more than one person signs as a buyer, each agrees to keep all the promises in this contract even if the others do not. I have thoroughly inspected, accepted, and approved the motor vehicle in all respects.

## MOTOR VEHICLE IDENTIFICATION

| Stock No. | Year, Make, Model | Vehicle Identification Number | License Number (if applicable) | | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| 202926 | 2012 FORD EDGE | 2FMDK3G97CBA06975 | | ☐ New ☐ Demonstrator ☐ Factory Official/Exec ☑ Used | ☑ Personal, Family, Household ☐ Business Or Commercial ☐ Agricultural |

Trade-in: Year 2008  Make FORD ____ Model FUSION ____ VIN 3FAHP07Z98R153285 License No ____
Trade-in: Year N/A  Make N/A ____ Model N/A ____ VIN N/A ____ License No N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled | Total Sale Price The total cost of my purchase on credit, including down payment of |
|---|---|---|---|---|
| 11.70 % | $ 8931.14 | $ 23775.87 | $ 32707.01 | $ 0.00 $ 32707.01 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 136 | 240.00 | SEMI-MONTHLY DUE ON THE 31ST AND 15TH OF EACH MONTH BEGINNING 06/30/2018 |
| 1 | 67.01 | FINAL PAYMENT DUE ON: 02/29/2024 |

**Security:** You will have a security interest in the motor vehicle being purchased

**Late Charge:** ☑ If this box is checked, and you do not receive my entire payment within 10 days after it is due, I will pay a late charge of the lesser of 5% of the unpaid installment or $50.

**Prepayment:** If I pay early, I will not have to pay a penalty.

**Additional Information:** I will refer to this document for information about nonpayment, default, security interests, any required repayment in full before the scheduled date, and prepayment refunds.

### DEFERRED DOWNPAYMENT(S)

| Due Date | Amount | Due Date | Amount |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

*In this box, the word "you" refers to the Buyer*
**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:**
**Guía para compradores de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

HC# 4831-6603-2897v26 – 3/16
Georgia

Page 1 of 6

Customer Initials
DealerSocket, Inc

## Itemization of Amount Financed

| 1 | Cash Price (including any accessories, services and $ ___0.00___ tax) | | | $ 16095.00 | (1) |
|---|---|---|---|---|---|

**2   Downpayment**

| Gross Trade-In | $ 3500.00 | | |
|---|---|---|---|
| - Payoff | $ 8319.12 | | |
| = Net trade-in | $ -4819.12 | | |
| + Cash Downpayment | $ 0.00 | | |
| + Deferred Downpayment | $ 0.00 | | |
| + Manufacturer's Rebate | $ 0.00 | | |
| + Other _N/A_ | $ 0.00 | | |
| Total Down Payment (if negative, enter "0" and see Line 4 A. below) | | $ 0.00 | (2) |

**3   Unpaid balance of cash price (1 minus 2)**  $ 16095.00 (3)

**4   Other charges including amounts paid on your behalf (Seller may keep part of these amounts.):**

| A. | Prior credit or lease balance paid to US AUTO FINANCE | | | $ 4819.12 | |
|---|---|---|---|---|---|
| B. | Cost of physical damage insurance paid to insurance company | | | $ 0.00 | |
| C. | Cost of optional coverages with physical damage insurance paid to insurance company | | | $ 0.00 | |
| D. | Cost of optional credit insurance paid to insurance company or companies | | | $ 0.00 | |
| | Credit Life _N/A_ | | $ N/A | | |
| | Disability _N/A_ | | $ N/A | | |
| E. | Other insurance paid to insurance company | | | $ 0.00 | |
| F. | VSI insurance paid to the insurance company | | | $ 0.00 | |
| G. | Official fees paid to government agencies | | | $ 0.00 | |
| H. | Other taxes | | | $ 0.00 | |
| I. | Government license and/or registration fees | | | $ 0.00 | |
| J. | Government certificate of title fee | | | $ 18.00 | |
| K. | Government vehicle inspection fees | | | $ 0.00 | |
| L. | Other charges (Seller must identify who is paid and describe purpose) | | | | |

| To | DEALER | For | GAP Waiver Contract | $ 599.00 |
|---|---|---|---|---|
| To | N/A | For | N/A | $ 0.00 |
| To | DEALER | For | SERVICE CONTRACT | $ 1995.00 |
| To | N/A | For | N/A | $ 0.00 |
| To | STATE | For | TITLE AD VALOREM TAX | $ 249.75 |
| To | N/A | For | N/A | $ 0.00 |
| To | N/A | For | N/A | $ 0.00 |
| To | N/A | For | N/A | $ 0.00 |

| Total Other Charges and Amounts Paid To Others On Your Behalf | $ 7680.87 | (4) |
|---|---|---|
| **5   Amount Financed (3 + 4)** | $ 23775.87 | (5) |

**OPTION TO AVOID FINANCE CHARGES** If I pay the Amount Financed, Item 5, above, on or before _N/A_ , I will not pay any finance charges

Seller Signs _N/A_

**Optional GAP Waiver (Debt Cancellation) Contract.** A GAP Waiver Contract is optional. My purchase of a GAP Waiver Contract is not required to obtain credit and will not be provided unless I sign below and agree to pay the extra charge. If I agree to buy a GAP Waiver Contract, the charge is shown in Line Item 4 L. of the Itemization of Amount Financed. My GAP Waiver Contract is a part of this Contract. I can see my GAP Waiver Contract for details on the protection it provides

Term _60 MONTHS_

I/We want to purchase the optional GAP Waiver Contract
Buyer Signs _____   Co-Buyer Signs _N/A_

**Vendor's Single Interest Insurance (VSI)** ☐ If the box is checked, you require VSI insurance to protect you against loss of or damage to the vehicle, concealment, confiscation, conversion, embezzlement, and skip. VSI insurance is for your sole protection. This insurance does not protect my interest in the vehicle. I may choose the insurance company through which the VSI insurance is obtained. If I purchase VSI insurance through you, the cost of this insurance is $ _N/A_ and the term is _N/A_

HC# 4831-6603-2897v26 – 3/16
Georgia

Page 2 of 6

Customer Initials _____
DealerSocket, Inc

**PROPERTY INSURANCE: I must keep the collateral insured against damage or loss in the amount I owe. I must keep this insurance until I have paid all that I owe under this contract. I may obtain property insurance from anyone I want or provide proof of insurance I already have.**

If any insurance is included below, policies or certificates from the insurance company will describe the terms, conditions and deductibles

*A  Physical damage insurance.* If you obtain physical damage insurance, the coverages, terms and premiums for these terms are set forth below

| Coverage | Term in Months | Premium |
|---|---|---|
| Collision | N/A | $ N/A |
| Comprehensive | N/A | $ N/A |
| Fire, Theft, and Combined Additional Coverage | N/A | $ N/A |
| Other  N/A | N/A | $ N/A |

*B  Optional coverages with physical damage insurance.* If I have chosen this insurance, the premiums for the initial  N/A  month term are itemized below

☐ $ N/A     Towing/Labor Reimbursement     ☐ $ N/A     Rental Reimbursement     ☐ $ N/A     Other N/A

*I agree to purchase the above checked coverages.*

Buyer's Signature: _____     Date     06/05/2018

---

*Optional insurance coverages.* The insurance described below is not required to obtain credit. It will not be provided unless I sign and agree to pay the extra cost My decision to buy or not buy these insurance coverages will not be a factor in the credit approval process

| Coverage | Term in Months | | Premium |
|---|---|---|---|
| GAP* | N/A | | |
| Involuntary Unemployment | N/A | $ | N/A |
| Other  N/A | | $ | N/A |
| | | $ | N/A |

Liability    $ N/A    Per Person  $ N/A    Per Accident  $ N/A    Property Damage  $ N/A    Premium  $ N/A

*If the motor vehicle is determined to be a total loss, GAP Insurance will pay you the difference between the proceeds of my basic collision policy and the amount I owe on the motor vehicle, minus my deductible. I can cancel this insurance without charge for 10 days from the date of this contract

*I want the optional coverages for which premiums are included above:*

Buyer's Signature _____     Date:   06/05/2018

---

*Optional credit life and credit disability insurance.* Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless I sign and agree to pay the extra cost.  My decision to buy or not buy these insurance coverages will not be a factor in the credit approval process

☐ Credit Life, one buyer     $    N/A          ☐ Credit Life, both buyers     $    N/A     Term  N/A
☐ Credit Disability, one buyer     $    N/A     ☐ Credit Disability, both buyers  $    N/A     Term  N/A

Credit Life Insurance is for the scheduled term of this contract. Credit Disability Insurance covers the first  N/A  payments and does not cover the last scheduled payment. Credit life insurance pays only the amount I would owe if I paid all my payments on time. Credit disability insurance does not cover any increase in my payment or in the number of payments

*I want the insurance indicated above.*

Buyer's Signature _____     Date     06/05/2018

Co-Buyer's Signature _____     Date     N/A

Customer Initials _____
DealerSocket, Inc

## PURCHASE AGREEMENT

Buyer Name:
Address & Phone:

Co-Buyer Name:
Address & Phone:

Co-Buyer Name:
Address & Phone:

Dealer Name:
Address & Phone:

These definitions apply to this Agreement. "Dealer," "us," "our" and "we" mean us or refer to the Dealer named in this Agreement and who becomes a party to this Agreement by accepting it. "Buyer" and "you" mean us or refer to the party identified as such above. "Vehicle" is the vehicle or chassis that is the subject of this Agreement. "Trade-in" is the used vehicle that Buyer intends to use as part of the consideration for the purchase price of the Vehicle or otherwise is to be transferred to Dealer.

**Vehicle Description: You herein purchase from us under the Terms and conditions specified the following vehicle**

| Stock Number | Year | Make | Model | Body |
|---|---|---|---|---|
| Mileage | Tag Number | New/Used | VIN | Color |

Optional Accessories

In disclosing the mileage and/or odometer reading of this vehicle to you, we have relied in good faith on written information as to the mileage and/or odometer reading of the vehicle supplied by the prior owner of the vehicle and/or a statement of mileage that appears on the title certificate of the vehicle issued by the state in which the vehicle was last registered.

| TRADE INFO | | | | TRADE INFO | | |
|---|---|---|---|---|---|---|
| Year | Make | Model | | Year | Make | Model |
| VIN | Stock # | Mileage | | VIN | Stock # | Mileage |

| LIEN PAYOFF AND LIENHOLDER INFORMATION | | ITEMIZATION | |
|---|---|---|---|
| Payoff Amount | | Cash Price of Vehicle | $ |
| Payoff Good Thru | | Accessories | $ |
| Payoff To | N/A | Service Contract | $ |
| Payoff Address | N/A | Title Ad Valorem Tax | $ |
| Payoff City | N/A | Sales Tax | $ |
| Payoff State | N/A | Mailing Fee | $ |
| Payoff Zip | N/A | Tag and Title Fee | $ |
| Lienholder Name | | N/A | $ |
| Lienholder Address | | Plate Fee | $ |
| Lienholder City | Wilmington | N/A | $ |
| Lienholder State | DE | N/A | $ |
| Lienholder Zip | | N/A | $ |
| Lien Date | | N/A | $ |
| | | **TOTAL CASH PRICE** | $ |
| By initialing below, you represent and warrant with regard to any trade-in | | N/A | $ |
| | | N/A | $ |
| 1. The true and actual mileage is as stated above. The odometer is working at this time and has not been repaired or replaced. | | N/A | $ |
| | | N/A | $ |
| 2. The vehicle(s) has not been designated a total loss or unrepairable by an insurance company and has not been issued a salvage, rebuilt and/or reconditioned title, and has not been exposed to flood damage. | | N/A | $ |
| | | N/A | $ |
| | | N/A | $ |
| | | N/A | $ |
| **Used motor vehicle buyers guide:** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. | | N/A | $ |
| | | N/A | $ |
| | | Trade-In Amount | $ |
| | | Trade-In Payoff Amount | $ |
| **Guía para compradores de vehículos usados:** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta. | | Customer Cash Back | $ |
| | | Cash Down Payment | $ |
| | | Other Down Payment (Describe) | $ |
| | | Deferred Down Payment | $ |
| | | **TOTAL DOWN PAYMENT** | $ |
| | | **UNPAID BALANCE** | $ |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT OURS. ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS WE FURNISHED YOU WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY US ON OUR OWN BEHALF, WE NEITHER ASSUME NOR AUTHORIZE ANY PERSON TO ASSUME FOR US ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PRODUCTS. UNLESS WE MAKE A WRITTEN WARRANTY ON OUR OWN BEHALF, OR ENTER INTO A SERVICE CONTRACT WITHIN 90 DAYS FROM THE DATE OF THIS ORDER, WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, ON THE VEHICLE, AND THERE WILL BE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS PROVISION DOES NOT AFFECT ANY MANUFACTURER OR SUPPLIER WARRANTIES COVERING THE VEHICLE.

HC# 4845-0908-4417v15 - 12/18
Georgia

Page 1 of 2

Customer Initials
DealerSocket, Inc.



USPS POSTAGE PAID
$19.30

Origin: 30304
12/27/23
1204520076-07

G

US POSTAGE PAID

USPS GROUND ADVANTAGE™

DIM WT: 11 lb
15" x 12" x 10"
ACTUAL WT
5 Lb 12.50 oz

RDC 00

C012

SHIP
TO:

824 N MARKET ST
WILMINGTON DE 19801-3024

USPS TRACKING® #

9534 6117 7813 3361 8842 28

From:

US Auto Sales
Greenway Dr
Jonesboro Ga 30

Clm #

23- 11254    23- 11253
23- 11255    23- 11252
23- 11256    23- 1251