## United States Bankruptcy Court
## District Of Delaware

**Debtor**

| | | |
|---|---|---|
| U.S. Auto Sales | ) | ***Case No.*** 23-11251 |
| U.S. Auto Finance | ) | 23-11252 |
| U.S. Auto Receivables Finance | ) | 23-11253 |
| USASF LLC | ) | 23-11254 |
| USASF National Corp | ) | 23-11255 |
| USASF Servicing | ) | 23-11256 |
| | ) | |

## NOTICE FOR LATE CLAIM ACCEPTANCE

Claimant is Filing this notice of late claim acceptance with the district of

Delaware on 12/13/2023. Creditor / Claimant according to 15 USC 1602 (1)

"Credit card means ANY card, plate, coupon book or other credit device existing

for the purpose if obtaining money, property, labor, or services on credit". The

debtor is in bankruptcy due to the accounts from "creditor/claimants retail

installment contracts. In this envelope it includes each case claim and evidence

of a motor vehicle retail installment contract with truth and lending discloser

that stated the credit was provided from me or on my behalf , and not from any

entity of the debtor. We also had issues submitting the claim due to error issues

"internally" from the website after, Delaware Bankruptcy rep gave information

on the other claim numbers listed above.



# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT

Date: 06/05/2020

Buyer Name, SUE ANN WILCOX
Address & Phone: 230 LANIER DR APT 36 Statesboro GA 30458 (912) 481-0267
Co-Buyer Name, N/A
Address & Phone: N/A
Co-Buyer Name, N/A
Address & Phone: N/A
Co-Signer Name, N/A
Address & Phone: N/A
Seller Name, U.S. Auto Sales, Inc.
Address & Phone: 6705 Abercorn Street Savannah GA 31405 (912) 691-4949

The Buyer and any Co-Buyer is referred to as "I" or "me" or "my." The Seller is referred to as "you" or "your." This contract may be transferred by the Seller.

**PROMISE TO PAY:** By signing this contract, I choose to purchase the motor vehicle on credit according to the terms of this contract. The Federal Truth in Lending Disclosures set out below ("TILA Disclosures") are part of this contract. I agree to pay you the Amount Financed, Finance Charges, and any other charges in this contract in U.S. funds. I agree to make payments according to the Payment Schedule in the TILA Disclosures. If more than one person signs as a buyer, each agrees to keep all the promises in this contract even if the others do not. I have thoroughly inspected, accepted, and approved the motor vehicle in all respects.

## MOTOR VEHICLE IDENTIFICATION

| Stock No. | Year, Make, Model | Vehicle Identification Number | License Number (if applicable) | | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| 241588 | 2018 Chevrolet Malibu | 1G1ZB5ST5JF202653 | | ☐ New<br>☐ Demonstrator<br>☐ Factory Official/Exec<br>☒ Used | ☒ Personal, Family, Household<br>☐ Business Or Commercial<br>☐ Agricultural |

Trade-in: Year N/A  Make _____ Model _____ VIN _____ License No. _____
Trade-in: Year N/A  Make _____ Model _____ VIN _____ License No. _____

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including down payment of $ 2,450.00 |
|---|---|---|---|---|
| 20.83% | $ 14,859.35 | $ 20,755.55 | $ 35,614.90 | $ 38,064.90 |

**My Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 145 | $ 245.62 | BI-WEEKLY DUE EVERY OTHER SATURDAY BEGINNING 07/11/2020 |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |

**Security:** You will have a security interest in the motor vehicle being purchased.

**Late Charge:** ☒ If this box is checked, and you do not receive my entire payment within 10 days after it is due, I will pay a late charge of the lesser of 5% of the unpaid installment or $50.

**Prepayment:** If I pay early, I will not have to pay a penalty.

**Additional Information:** I will refer to this document for information about nonpayment, default, security interests, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

(e) means an estimate

### DEFERRED DOWNPAYMENT(S)

| Due Date | Amount | Due Date | Amount |
|---|---|---|---|
| 06/13/2020 | $ 225.00 | | $ N/A |
| 06/27/2020 | $ 225.00 | | $ N/A |
| | $ N/A | | $ N/A |
| | $ N/A | | $ N/A |

C# 4831-6603-2897v29 – 12/18
Georgia

Page 1 of 6

Customer Initials: SAW
Dealer/Seller Inc.



## Itemization of Amount Financed

$ 19,596.00 (1)

1. Cash Price (including any accessories, services and $ 0.00 _____ tax)

2. Downpayment

| | | |
|---|---|---|
| Gross Trade-In | $ | 0.00 |
| – Payoff | $ | 0.00 |
| = Net trade-in | $ | 0.00 |
| + Cash Downpayment | $ | 2,000.00 |
| + Deferred Downpayment | $ | 450.00 |
| + Manufacturer's Rebate | $ | 0.00 |
| + Other N/A | $ | 0.00 |

Total Down Payment (if negative, enter "0" and see Line 4.A. below)   $   2,450.00 (2)

3. Unpaid balance of cash price (1 minus 2)   $   17,146.00 (3)

4. Other charges including amounts paid on your behalf (Seller may keep part of these amounts.):

| | | |
|---|---|---|
| A. Prior credit or lease balance paid to N/A | $ | 0.00 |
| B. Cost of optional physical damage insurance paid to insurance company | $ | 0.00 |
| C. Cost of optional coverages with physical damage insurance paid to insurance company | $ | 0.00 |
| D. Cost of optional credit insurance paid to insurance company or companies | $ | 0.00 |

Credit Life N/A          $ _____ 0.00
Disability N/A          $ _____ 0.00

| | | |
|---|---|---|
| E. Other insurance paid to insurance company | $ | 0.00 |
| F. VSI insurance paid to the insurance company | $ | 0.00 |
| G. Official fees paid to government agencies | $ | 0.00 |
| H. Other government taxes | $ | 0.00 |
| I. Government license and/or registration fees | $ | 0.00 |
| J. Government certificate of title fee | $ | 18.00 |
| K. Government vehicle inspection fees | $ | 0.00 |
| L. Other charges (Seller must identify who is paid and describe purpose) | | |

| To | | For | | | |
|---|---|---|---|---|---|
| To | N/A | For | GAP Waiver Contract | $ | 0.00 |
| To | N/A | For | N/A | $ | 0.00 |
| To | N/A | For | N/A | $ | 0.00 |
| To | N/A | For | N/A | $ | 0.00 |
| To | State | For | Title Ad Valorem Tax | $ | 596.55 |
| To | Dealer Owned Warranty Com | For | Service Contract | $ | 2,995.00 |
| To | N/A | For | N/A | $ | 0.00 |
| To | N/A | For | N/A | $ | 0.00 |
| To | N/A | For | N/A | $ | 0.00 |
| To | N/A | For | N/A | $ | 0.00 |
| To | N/A | For | N/A | $ | 0.00 |

Total Other Charges and Amounts Paid To Others On Your Behalf   $   0.00

5. Amount Financed (3 + 4)   $   3,609.55 (4)

$   20,755.55 (5)

OPTION TO AVOID FINANCE CHARGES: If I pay the Amount Financed, item 5, above, on or before N/A _____ , I will not pay any finance charges.

Seller Signs _____

Vendor's Single Interest Insurance (VSI): Clif the box is checked, you require VSI insurance to protect you against loss of or damage to the vehicle, concealment, confiscation, conversion, embezzlement, and skip. VSI insurance is for your sole protection. This insurance does not protect my interest in the vehicle. I may choose the insurance company through which the VSI insurance is obtained. If I purchase VSI insurance through you, the cost of this insurance is $ N/A _____ and the term is _____ N/A

HC# 4831-6603-2897v29 – 12/18
Georgia

Page 2 of 6

Customer Init. SAW
DealerSocket, Inc.

# PURCHASE AGREEMENT

r Name, SUE ANN WILCOX
ess & Phone: 230 LANIER DR APT 36 Statesboro GA 30458 (912) 481-0267

Buyer Name,
ess & Phone: N/A

Buyer Name,
ess & Phone: N/A

er Name, U.S. Auto Sales, Inc.
ess & Phone: 6705 Abercorn Street Savannah GA 31405 (912)691-4949

ie definitions apply to this Agreement: "Dealer" "us" "our" and "we" mean or refer to the Dealer named in this Agreement and who becomes a party to this Agreement b
going in; "Buyer" and "you" mean or refer to the party identified as such above; "Vehicle" is the vehicle or chassis that is the subject of this Agreement. "Trade-in" is the
t vehicle that Buyer intends to use as part of the consideration for the purchase price of the Vehicle or otherwise is to be transferred to Dealer.

icle Description: You hereby purchase from us, under the terms and conditions specified, the following vehicle:

| icle Description: | | | | |
|---|---|---|---|---|
| & Number: 588 | Make: Chevrolet | Model: Malibu | | Body: SEDAN 4-DR |
| age: 59 | Tag Number: | New/Used: USED | VIN: 1G1ZB5ST5JF202653 | Color: BLUE |
| | Optional Accessories | | | |

In disclosing the mileage and/or odometer reading of this vehicle to you, we have rel
in good faith on written information as to the mileage and/or odometer reading of th
vehicle supplied by the prior owner of the vehicle and/or a statement of mileage that
appears on the title certificate of the state in which the vehicle
last registered.

## TRADE INFO

| | Make: N/A | Model: N/A | Year: N/A | Make: N/A | | Model: N/A | |
|---|---|---|---|---|---|---|---|
| | Stock #: N/A | Mileage: N/A | VIN: N/A | | Stock #: N/A | Mileage: N/A | |

## LIEN PAYOFF AND LIENHOLDER INFORMATION

## ITEMIZATION

| | | | $ |
|---|---|---|---|
| off Amount: | N/A | Cash Price of Vehicle | 19,596 |
| ff Good Thru: | N/A | Accessories | 2,995 |
| ff To: | N/A | Service Contract | 596 |
| ff Address: | N/A | Title Ad Valorem Tax | |
| ff City: | N/A | Sales Tax | |
| ff State: | N/A | N/A | 1 |
| ff Zip: | N/A | Title Fee | |
| older Name: | U.S. Auto Finance, Inc. | N/A | |
| older Address: | P.O. Box 1073 | N/A | |
| older City: | Wilmington | N/A | |
| older State: | DE | N/A | |
| older Zip: | 19899 | N/A | |
| Date: | 06/05/2020 | N/A | |
| | | **TOTAL CASH PRICE** | **23,20** |
| itialing below, you represent and warrant with regard to any trade in: | | N/A | |
| | | N/A | |
| ___ 1. The true and actual mileage is as stated above. The odometer is | | N/A | |
| cing at this time and has not been repaired or replaced. | | N/A | |
| | | N/A | |
| ___ 2. The vehicle(s) has not been designated a total loss or unrepairable by an | | N/A | |
| urance company and has not been issued a salvage, rebuilt and/or reconditioned | | N/A | |
| c, and has not been exposed to flood damage. | | N/A | |
| | | N/A | |
| | | N/A | |
| sed motor vehicle buyers guide: The information you | | N/A | |
| ee on the window form for this vehicle is part of this | | N/A | |
| ontract. Information on the window form overrides any | | N/A | |
| ontrary provisions in the contract of sale. | | Trade-In Amount | |
| | | Trade-In Payoff Amount | |
| iuía para compradores de vehículos usados: La | | Customer Cash Back | |
| nformación que ve en el formulario de la ventanilla para | | Cash Down Payment | 2,00 |
| ste vehículo forma parte del presente contrato. La | | Other Down Payment (Describe) | |
| nformación del formulario de la ventanilla deja sin | | Deferred Down Payment | |
| fecto toda disposición en contrario contenida en el | | **TOTAL DOWN PAYMENT** | **4!** |
| ontrato de venta. | | **UNPAID BALANCE** | **20,7!** |

LL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT OURS. ONLY SUCH MANUFACTURER
THER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS WE FURNISHED YOU WITH A SEPARATE WRITTE
VARRANTY OR SERVICE CONTRACT MADE BY US ON OUR OWN BEHALF. WE NEITHER ASSUME NOR AUTHORIZE ANY PERSON TO ASSUME FO
ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PRODUCTS. UNLESS WE MAKE A WRITTEN WARRANTY ON OUR OWN BEHALF, OR E
NTO A SERVICE CONTRACT WITHIN 90 DAYS FROM THE DATE OF THIS ORDER, WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, ON THI
VEHICLE, AND THERE WILL BE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS
PROVISION DOES NOT AFFECT ANY MANUFACTURER OR SUPPLIER WARRANTIES COVERING THE VEHICLE.

HC# 4845-0508-4417v15 – 12/18
Georgia

Page 1 of 2

Customer Initia
DealerSocke





Postal Service

US POSTAGE PAID

**$19.30**

Origin: 30304
12/27/23
1204520076-07

**G**

USPS GROUND ADVANTAGE™

DIM WT: 11 1
15" x 12" x 1
ACTUAL WG
5 Lb 12.50 O

RDC 0

C012

SHIP TO:

824 N MARKET ST
WILMINGTON DE 19801-3024

USPS TRACKING® #

9534 6117 7813 3361 8842 28

From: U.S. Shut
or
Jonesboro Ga 3

Clm #

23- 11254   23 - 11253
23- 11255   23 - 11252
23 - 11256   23 - 11251