RECEIVED
2024 JAN 11 AM 9:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**United States Bankruptcy Court**
**District Of Delaware**

| *Debtor* | *Case No.* | *Claim No.* |
|---|---|---|
| U.S. Auto Sales | 23-11251 | 317 |
| U.S. Auto Finance | 23-11252 | 102 |
| U.S. Auto Receivables Finance | 23-11253 | 79 |
| USASF LLC | 23-11254 | 87 |
| USASF National Corp | 23-11255 | 86 |
| USASF Servicing | 23-11256 | 83 |

## NOTICE FOR LATE CLAIM ACCEPTANCE

Claimant is Filing this notice of late claim acceptance with The District of Delaware on 12/29/2023. Creditor / Claimant according to 15 USC 1602 (l) "Credit card means ANY card, plate, upon book or other credit device existing for the purpose if obtaining money, property, labor, of services on credit". The debtor is in bankruptcy due to the accounts from "creditor/claimants retail installment contracts. In this envelope it includes each case claim and evidence of a motor vehicle retail installment contract with truth and lending discloser that stated the credit was provided from me or on my behalf, and not from any entity of the debtor. We also had issues submitting the claim due to error issues "internally" from the website after, Delaware Bankruptcy rep gave information on the other claim numbers listed above.