**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| U.S. AUTO SALES, INC. D/B/A US AUTO SALES, *et al.*[1] | ) | Case No. 23-11251 (TMH) |
| | ) | |
| Debtor. | ) | **Related DI:  18 & 27** |
| | ) | |

**SUPPLEMENTAL AFFIDAVIT OF RICARDO PALACIO IN SUPPORT OF
THE APPLICATION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 327, 328 AND 330,
FED. R. BANKR. P. 2014 AND 2016 AND LOCAL RULE 2014-1, AUTHORIZING
THE RETENTION AND EMPLOYMENT OF ASHBY & GEDDES, P.A.
AS COUNSEL TO DON A. BESKRONE, CHAPTER 7 TRUSTEE,
*NUNC PRO TUNC* TO AUGUST 25, 2023**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | ss.: |
| COUNTY OF NEW CASTLE | ) | |

Ricardo Palacio, being duly sworn, deposes and says:

I am a member of the firm of Ashby & Geddes, P.A. ("Ashby & Geddes" or the "Firm"), which maintains an office for the practice of law at 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801. I make this supplemental affidavit in support of the retention and employment of Ashby & Geddes, as counsel to Don A. Beskrone, chapter 7 trustee of U.S Auto Sales, Inc. d/b/a US Auto Sales, and its affiliated debtors.

Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure, Local Rule 2014-1, and out of an abundance of caution, Ashby & Geddes discloses that effective January 3, 2024, the firm hired Destiny Kosloske as an associate in the firm's Bankruptcy and Insolvency working

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: U.S. Auto Sales, Inc. (2294), U.S. Auto Finance, Inc. (9544), U.S. Auto Receivables Financing, LLC, (2297), USASF, LLC (8885), USASF National Corp. (4652) and USASF Servicing, LLC (5315).

group. Ms. Kosloske is engaged to be married to a judicial law clerk currently serving under The Honorable Karen B. Owens, United States Bankruptcy Judge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.


Dated:  January 17, 2024                    */s/ Ricardo Palacio*
Wilmington, Delaware                        Ricardo Palacio (DE Bar No. #3765)
                                            ASHBY & GEDDES, P.A.

                                            *Counsel for Don A. Beskrone, Chapter 7 Trustee*