**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>U.S. AUTO SALES, INC. D/B/A/ US AUTO SALES, *et al.,*[1]<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-11251-TMH<br><br>(Jointly Administered) |
| | **Re: D.I. 124** |

**DECLARATION OF GREGORY L. HODGES II IN SUPPORT OF THE MOTION OF S&H MOTORS, INC. FOR AN ORDER DETERMINING THAT THE DEBTORS LACK ANY INTEREST IN A CERTAIN 2019 FORD FUSION**

1.      My name is Gregory L. Hodges II. I am the Corporate Platform Manager of S&H Motors, Inc. ("S&H") d/b/a Stokes Hodges Kia. I make this declaration in support of the Motion of S&H Motors, Inc. for an Order Determining that Debtors Lack any Interest in a Certain 2019 Ford Fusion (filed 4/11/2024 at D.I. 124, the "Motion")

2.      S&H is a new car dealership located in Beech Island, South Carolina with an address of 5425 Jefferson Davis Highway, Beech Island, South Carolina  29842.

3.      On or about April 29, 2023, a customer of S&H, Kiffany Hogan, purchased a new car, and as part of the consideration therefor, traded-in a 2019 Ford Fusion VIN 3FA6P0CD2KR233651. At the time of this transaction, S&H was located in Augusta, Georgia.

4.      S&H became aware that title to the Vehicle was encumbered by a lien in favor of debtor U.S. Auto Finance, Inc. ("US Auto").

5.      S&H requested and received from US Auto a payoff figure of $19,514.08 (the "Lien Amount").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: U.S. Auto Sales, Inc. (2294), U.S. Auto Finance, Inc. (9544), U.S. Auto Receivables Financing, LLC, (2297), USASF, LLC (8885), USASF National Corp. (4652) and USASF Servicing, LLC (5315).

6.    By check dated April 30, 2023 (the "Check"), S&H paid US Auto the Lien Amount.  A true and correct copy of the cancelled Check is attached hereto as Exhibit "1".

7.    US Auto deposited and negotiated the Check.

8.    Despite months of inquiries, US Auto never executed the necessary documents to reflect that it had released its lien on the Vehicle.

9.    S&H has been informed that entry of an order in the form annexed to the Motion will permit it to obtain good record title to the Vehicle.

10.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on: April 15, 2024

_____
Gregory L. Hodges II
Corporate Platform Manager
S&H Motors, Inc.

**EXHIBIT "1"**

Copyright 2014 CDK Global, LLC  ON DEMAND CHECK · [illegible]

| CHECK CONTROL NO. | 223440 | ISSUED BY: Angel_Toole | | KIA OFAUGUSTA AUGUSTA, GA 30904 | | PAGE 1C |
|---|---|---|---|---|---|---|
| INVOICE STOCK NO. | INVOICE DATE | PURCHASE ORDER NO. | COMMENT/V.I.N. | AMOUNT | DISCOUNT/ ACCOUNT NO. | NET AMOUNT |
| | 043023 | TO PAYOFF A KIFFANY HOGAN 3FA6P0CD2KR233651 | 2019 FORD FUSION FOR VIN# | | | 19,514.08 |
| | | | | | 223440    202B | -19,514.08 |
| | | | | | K9986A    320 | 19,514.08 |
| | | | | TOTAL | 202B | 19,514.08 |

DETACH AT PERFORATION BEFORE DEPOSITING CHECK

REMITTANCE ADVICE



**KIA**
**of Augusta**

1770 Gordon Hwy.
AUGUSTA, GA 30904
(706) 312-9200

WELLS FARGO

223440     $\frac{11-24}{1210}$

| DATE |
|---|
| 30APR23 |

| PAY THIS AMOUNT | | |
|---|---|---|
| ******19,514 | DOLLARS | 08 CENTS |

| AMOUNT OF CHECK |
|---|
| *****19,514.08 |

24186

KIA OF AUGUSTA
VOID AFTER 90 DAYS

NON-NEGOTIABLE

TO THE ORDER OF

US AUTO FINANCE
2875 UNIVERSITY PARKWAY
LAWRENCEVILLE GA 30043

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BY \*\*\* NOT NEGOTIABLE \*\*\*
BY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AUTHORIZED SIGNATURE

**FILE COPY**



**Transaction Search**

## Print Images

Date/Time Printed:   09/14/2023 7:29 AM PDT

Check 223440 - 19,514.08 USD



⑇0000223440⑇ ⑈121000248⑈ 2000016294138⑈

### Item Details

| | | | |
|---|---|---|---|
| Account Number | 2000016294138 | Item Sequence Number | 000388203545 |
| Account Name | KIA | Bank ID | 121000248 |
| Check | 223440 | | |
| Amount | 19,514.08 USD Debit | | |
| Status | Check Paid | | |
| Posting Date | 05/16/2023 | | |
| As of Date | 05/16/2023 | | |
| Additional Item Details | CHECK 0000014 +000000142271621 | | |