# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| U.S. AUTO SALES, INC. D/B/A US AUTO SALES, *et al.*[1] | ) Case No. 23-11251 (TMH) |
| | ) |
| Debtors. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 24, 2024 AT 1:00 P.M. (ET)
BEFORE THE HONORABLE THOMAS M. HORAN**

**THIS HEARING HAS BEEN CANCELLED AS NO MATTERS ARE SCHEDULED.**

**NO MATTERS ARE SCHEDULED**

Dated: September 19, 2024

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: RPalacio@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: U.S. Auto Sales, Inc. (2294), U.S. Auto Finance, Inc. (9544), U.S. Auto Receivables Financing, LLC, (2297), USASF, LLC (8885), USASF National Corp. (4652) and USASF Servicing, LLC (5315).

{02053072;v1 }